UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CAUSE NO.: 1:13-cv-00873-JMS-DML ) ) |
| MELANIA MARKS SKINCARE, LLC, | ) ) |
| Defendant. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for <u>Merchant Capital, LLC and New Sunshine, LLC</u>

    I certify that I am admitted to practice in this court.

Date:  June 3, 2013

                                               Respectfully submitted,

                                                /s/Kevin C. Tyra
                                                Kevin C. Tyra, (#11883-49)
                                                One of the Attorneys for Plaintiffs,
                                                *Merchant Capital, LLC and New Sunshine, LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
334 N. Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile:  (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

                                                /s/ Kevin C. Tyra_____