UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) <br> ) |

**APPEARANCE**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for <u>Merchant Capital, LLC and New Sunshine, LLC</u>

I certify that I am admitted to practice in this court.

Date:  June 3, 2013

                                                Respectfully submitted,

                                                /s/Jerry M. Padgett
                                                Jerry M. Padgett (#27282-49)
                                                One of the Attorneys for Plaintiffs,
                                                *Merchant Capital, LLC and New Sunshine, LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
334 N. Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile:  (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

/s/ Jerry M. Padgett
Jerry M. Padgett