UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

NOTICE

Federal Rule of Civil Procedure 7.1 provides:

**Disclosure Statement**

A nongovernmental corporate party must file a disclosure statement that:

1. identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

2. states that there is no such corporation.

A party must:

1. file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

2. promptly file a supplemental statement if any required information changes.

It appears that the required disclosure statement was not provided as set forth above. Please correct this omission forthwith.

s/Laura A. Briggs
Laura A. Briggs, Clerk
United States District Court
Southern District of Indiana

Cause Number:         1:13–cv–00873–JMS–DML

Title of Case:        MERCHANT CAPITAL, LLC et al v. MELANIA MARKS SKINCARE, LLC

Pleading and Date:    NOTICE OF APPEARANCE filed 6/3/2013