## COMMENCEMENT OF TRIPARTITE ARBITRATION

**JAMS — THE RESOLUTION EXPERTS®**

NOTICE TO ALL PARTIES

June 4, 2013

RE: Melania Marks Skincare, LLC vs. New Sunshine, LLC, et al.
Reference No.: 1425013403

Dear Parties:

This confirms the commencement of this arbitration as of the date of this letter. This arbitration shall be conducted in accordance with JAMS Comprehensive Rules and Procedures, and the enclosed Fee Schedule and Arbitration Administrative Policies regarding payment of fees, document retention, and limitations of liability.

Enclosed is a list of available Arbitrators. Résumés and rules are available on our website, www.jamsadr.com, or by contacting me. The parties are encouraged to mutually agree to the members of the arbitration panel. If the parties are unable to mutually agree to the panel, then using the following list of arbitrator candidates each party may strike 2 and rank the remaining candidates in order of preference. The three candidates with the highest composite rankings will comprise the arbitration panel. The deadline for return of your strike list is close of business on Tuesday, June 11, 2013:

Hon. Ariel E. Belen (Ret.)
Hon. Garrett E. Brown Jr.
Hon. Anthony J. Carpinello (Ret.)
Dina R. Jansenson, Esq.
Hon. Theodore H. Katz (Ret.)
Kenneth M. Kramer, Esq.
Hon. John C. Lifland (Ret.)
V. James Mann, Esq.
Lawrence W. Pollack, Esq.
Hon. Kathleen A. Roberts (Ret.)
Mark E. Segall, Esq.

If a party fails to respond to the list of arbitrator candidates by the deadline, that party shall be deemed agreeable to all the proposed candidates. JAMS will then confirm the appointment of the arbitrators and begin scheduling.

The Arbitrators shall bill in accordance with the enclosed Fee Schedules. Each party will be assessed a pro-rata share of JAMS fees and expenses, unless JAMS is notified otherwise by the Arbitrator(s) or parties. JAMS agreement to render services is not only with the parties, but extends to the attorney or other representative of the parties in arbitration.

**Out of State Attorneys in California Arbitrations, please note:**

The California legislature, effective January 1, 2007, has changed the process by which out-of-state attorneys may participate in non-judicial arbitrations occurring in California. See www.calbar.ca.gov for requirements.

Contact me at 212-607-2787 or dduzant@jamsadr.com if you have questions. We look forward to working with you.

Sincerely,

Douglas Duzant
Case Manager
dduzant@jamsadr.com
Fax# 212-751-4099


EXHIBIT D

620 EIGHTH AVENUE   34TH FLOOR   NEW YORK, NY 10018   Tel 212-751-2700   Fax 212-751-4099