```
                                                    INDEX NO. 651761/2013
NYSCEF DOC. NO. 21                               RECEIVED NYSCEF: 06/04/2013
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
                                                        :
Application of New Sunshine, LLC,                       :
                                                        :    Index No. 651761/2013
                                    Petitioner,         :
                                                        :
For an Order Pursuant to Article 75 of the CPLR         :    NOTICE OF DISCONTINUANCE
Staying Arbitration of a Certain Controversy,           :
                                                        :
        -against-                                       :
                                                        :
Melania Marks Skincare LLC,                             :
                                                        :
                                    Respondent.         :
-----------------------------------------------------------------x

       **PLEASE TAKE NOTICE THAT,** Petitioner New Sunshine, LLC, by and through its undersigned counsel, hereby discontinues without prejudice the above-captioned proceeding, in which no responsive pleading has been served, pursuant to CPLR 3217(a)(1).

Dated:   New York, New York
         June 4, 2013

                                                SATTERLEE STEPHENS BURKE &
                                                BURKE LLP

                                                By: _/s/ Sarah Gilbert_____
                                                    James J. Coster
                                                    Thomas J. Cahill
                                                    Sarah Gilbert
                                                230 Park Avenue
                                                New York, NY 10169
                                                (212) 818-9200
                                                *Attorneys for Petitioner New*
                                                *Sunshine, LLC*


EXHIBIT G

1691237_1