**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC and | ) | |
| NEW SUNSHINE, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | CAUSE NO.: 1:13-cv-00873-JMS-DML |
| v. | ) | |
| | ) | |
| MELANIA MARKS SKINCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS MERCHANT CAPITAL, LLC AND NEW SUNSHINE, LLC

Plaintiff Merchant Capital, LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2 for the United States District Court for the Southern District of Indiana, states that it has no parent corporation, and that no publically held corporation, company, or investment fund holds a ten percent or greater ownership interest in Merchant Capital, LLC.

Plaintiff New Sunshine, LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.2 for the United States District Court for the Southern District of Indiana, states that it has two parent corporations. MH Investors Sun, LLC, owns 99% of New Sunshine, LLC, and MH Investors Gaming, LLC, owns 1% of New Sunshine, LLC.

Respectfully submitted,

/s/Jerry M. Padgett_____
Jerry M. Padgett (#27282-49)
One of the Attorneys for Plaintiffs,
*Merchant Capital, LLC and New Sunshine,*
*LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
334 N. Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile:  (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2013, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to

the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

/s/ Jerry M. Padgett_____
Jerry M. Padgett