UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, <br> NEW SUNSHINE, LLC, <br>                 Plaintiffs, <br>     vs. <br> MELANIA MARKS SKINCARE, LLC, <br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## Entry and Order from June 6, 2013 Conference

The parties, by counsel, appeared for a telephone conference on June 6, 2013, with the magistrate judge. This case is set for a telephone status conference on June 10, 2013, at 12:30 p.m. (Eastern). Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel from a firm are participating in the conference, those counsel should make arrangements to call the court on a single line.

The briefing schedule required by Local Rule 7-1 on the pending motion for temporary restraining order (Dkt. 11) is suspended. A briefing schedule will be addressed at the June 10 conference.

So ORDERED.

Date: __06/12/2013__

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system