UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## Entry and Order from Status Conference

The parties, by counsel, appeared for a telephone status conference on June 10, 2013, with the magistrate judge. The parties are directed to file a proposed case management plan by June 14, 2013, that addresses discovery, briefing of the injunction issues, and any other matters necessary to the resolution of this matter.

The initial pretrial conference scheduled for July 11, 2013, at 9:30 a.m. (Dkt. 7), is converted to a telephone conference. Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel from a firm are participating in the conference, those counsel should make arrangements to call the court on a single line.

So ORDERED.

Date: 06/12/2013

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system