IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, and<br>NEW SUNSHINE, LLC<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MELANIA MARKS SKINCARE, LLC<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:13-cv-0873 JMS-DML<br>)<br>)<br>)<br>) |

## JOINT STIPULATION TO STAY ARBITRATION

COME NOW the parties, by their respective counsel, and herewith stipulate and agree that the New York arbitration proceedings pending before JAMS in New York and styled as *Melania Marks Skincare, LLC v. New Sunshine, LLC, et al.*, Reference No. 1425013403, shall be and hereby are stayed pending the final determination by this Court as to the enforceability of the License Agreement as a legally binding and enforceable contract, and until further Order of this Court.

　　　　　　　　　　　　　　　　s/ Kevin C. Tyra
　　　　　　　　　　　　　　　　Kevin C. Tyra, Attorney No. 11883-49
　　　　　　　　　　　　　　　　Jerry M. Padgett, Attorney No. 27282-49
　　　　　　　　　　　　　　　　THE TYRA LAW FIRM, P.C.
　　　　　　　　　　　　　　　　334 North Senate Avenue
　　　　　　　　　　　　　　　　Indianapolis, Indiana 46204
　　　　　　　　　　　　　　　　Telephone: (317) 636-2304
　　　　　　　　　　　　　　　　Facsimile: (317) 636-1343
　　　　　　　　　　　　　　　　kevin.tyra@tyralaw.net
　　　　　　　　　　　　　　　　jerry.padgett@tyralaw.net

　　　　　　　　　　　　　　　　*Counsel for Merchant Capital, LLC and*
　　　　　　　　　　　　　　　　*New Sunshine, LLC*

        s/ Norman T. Funk
Norman T. Funk, Attorney No. 7021-49
Libby Y. Goodknight, Attorney No. 20880-49
Bryan S. Strawbridge, Attorney No. 29076-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079
Telephone:  (317) 636-4341
Facsimile:  (317) 636-1507
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

*Counsel for Melania Marks Skincare, LLC*

KD_5224471_1.DOCX