IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, and<br>NEW SUNSHINE, LLC<br><br>        Plaintiffs,<br><br>   v.<br><br>MELANIA MARKS SKINCARE, LLC<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:13-cv-0873 JMS-DML<br>)<br>)<br>)<br>) |

## JOINT JURISDICTIONAL STATEMENT

Plaintiffs, Merchant Capital, LLC and New Sunshine, LLC (collectively, the "Plaintiffs"), and Defendant, Melania Marks Skincare, LLC ("Defendant"), by their respective counsel and pursuant to the Court's Order of June 7, 2013 (Doc. 16), hereby provide the Court with this Joint Jurisdictional Statement and certify its contents.  In support hereof, the parties state as follows:

    1.    Appreciating the confusion associated with the extensive and varied corporate and ownership interests of the respective parties, the parties jointly provide the Court with the below "family tree" tracing the citizenship, places of business, and ownership interests of the relevant individuals and entities.

    A.    **Plaintiffs:**

            i.    Plaintiff, Merchant Capital, LLC is a limited liability company organized in Wisconsin with its principal place of business in Wisconsin.

                  a.    Menard, Inc. is the sole member of Merchant Capital, LLC. Menard, Inc. is a corporation incorporated in Wisconsin with its principal place of business in Wisconsin.

    ii.    Plaintiff, New Sunshine, LLC is a limited liability company organized in Indiana with its principal place of business in Indiana. The members of New Sunshine, LLC are as follows:

        a.    MH Investors Sun, LLC, which is a limited liability company organized in Indiana with its principal place of business in Indiana.

            1)    The sole member of MH Investors Sun, LLC is MH Private Equity Fund, LLC, which is a limited liability company organized in Indiana with its principal place of business in Indiana. The members of MH Private Equity Fund, LLC are as follows:

                A.    Merchant Capital, LLC. The ownership interests of Merchant Capital, LLC are set forth above.

                B.    MH Equity Managing Member, LLC, which is a limited liability company organized in Indiana with its principal place of business in Indiana. The members of MH Equity Managing Member, LLC are as follows:

                    1.    Stephen Hilbert, who is a citizen of Indiana.

                    2.    Tomisue Hilbert, who is a citizen of Indiana.

        b.    MH Investors Gaming, LLC, which is a limited liability company organized in Indiana with its principal place of business in Indiana.

            1)    The sole member of MH Investors Gaming, LLC is MH Private Equity Fund II, LLC, which is a limited liability company organized in Indiana with its principal place of business in Indiana. The members of MH Private Equity Fund II, LLC are as follows:

                A.    Merchant Capital, LLC. The ownership interests of Merchant Capital, LLC are set forth above.

                B.    MH Equity Managing Member II, LLC, which is a limited liability company organized in Indiana with its principal place of business in Indiana. The members of MH Equity Managing Member II, LLC are as follows:

                    1.    Stephen Hilbert is a citizen of Indiana.

                    2.    Tomisue Hilbert is a citizen of Indiana.

B. **Defendant:**

    i.    Defendant, Melania Marks Skincare, LLC is a limited liability company organized in Delaware with its principal place of business in New York. The members of Melania Marks Skincare, LLC are as follows:

        a.    Melania Trump, who is a citizen of the State of New York.

        b.    Melania Marks Skincare Managing Member Corp., which is a corporation incorporated in Delaware with its principal place of business in New York.

2.    Additionally, in accordance with the Court's request, the parties affirm and certify that under the terms of the License Agreement, the effect and legality of which are at issue in this litigation, the amount in controvery exceeded $75,000.00, exclusive of interest and costs, at the time of removal (and does so to this date). *See* 28 U.S.C. § 1332(b); *see also* Complaint, ¶¶ 15-18, Doc. 1-1, pp. 7-8 (alleging that Defendant seeks recovery of $50,000,000.00 under the License Agreement).

Respectfully submitted,

/s/ Bryan S. Strawbridge
Norman T. Funk, Atty. No. 7021-49
Libby Y. Goodknight, Atty. No. 20880-49
Bryan S. Strawbridge, Atty. No. 29076-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079
Telephone: (317) 636-4341
Fax: (317) 636-1507
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

*Counsel for Defendant*
*Melania Marks Skincare, LLC*

4

/s/ Kevin C. Tyra_____ \_\_\_\_ _____
Kevin C. Tyra, Atty. No. 11883-49
Jerry M. Padgett, Atty. No. 27282-49
THE TYRA LAW FIRM, P.C.
334 N. Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 636-1304
Fax: (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

*Counsel for Plaintiffs*
*Merchant Capital, LLC and New Sunshine, LLC*

KD_5223258_1.DOCX