IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

The parties' Joint Jurisdictional Statement, [dkt. 21], is accepted as sufficient for establishing diversity jurisdiction at this time. The Court appreciates the clarity provided in the parties' statement.

JMS, DJ
June 17, 2013

| | |
|---|---|
| MERCHANT CAPITAL, LLC, and NEW SUNSHINE, LLC | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MELANIA MARKS SKINCARE, LLC | ) ) |
| Defendant. | ) ) |

CASE NO. 1:13-cv-0873 JMS-DML

## JOINT JURISDICTIONAL STATEMENT

Plaintiffs, Merchant Capital, LLC and New Sunshine, LLC (collectively, the "Plaintiffs"), and Defendant, Melania Marks Skincare, LLC ("Defendant"), by their respective counsel and pursuant to the Court's Order of June 7, 2013 (Doc. 16), hereby provide the Court with this Joint Jurisdictional Statement and certify its contents. In support hereof, the parties state as follows:

1. Appreciating the confusion associated with the extensive and varied corporate and ownership interests of the respective parties, the parties jointly provide the Court with the below "family tree" tracing the citizenship, places of business, and ownership interests of the relevant individuals and entities.

    A.    **Plaintiffs:**

        i.    Plaintiff, Merchant Capital, LLC is a limited liability company organized in Wisconsin with its principal place of business in Wisconsin.

            a.    Menard, Inc. is the sole member of Merchant Capital, LLC. Menard, Inc. is a corporation incorporated in Wisconsin with its principal place of business in Wisconsin.