APPROVED.
DML
6/18/13

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, and ) | |
| NEW SUNSHINE, LLC ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:13-cv-0873 JMS-DML |
| ) | |
| MELANIA MARKS SKINCARE, LLC ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION TO STAY ARBITRATION**

COME NOW the parties, by their respective counsel, and herewith stipulate and agree that the New York arbitration proceedings pending before JAMS in New York and styled as *Melania Marks Skincare, LLC v. New Sunshine, LLC, et al.*, Reference No. 1425013403, shall be and hereby are stayed pending the final determination by this Court as to the enforceability of the License Agreement as a legally binding and enforceable contract, and until further Order of this Court.

s/ Kevin C. Tyra
Kevin C. Tyra, Attorney No. 11883-49
Jerry M. Padgett, Attorney No. 27282-49
THE TYRA LAW FIRM, P.C.
334 North Senate Avenue
Indianapolis, Indiana 46204
Telephone: (317) 636-2304
Facsimile: (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

*Counsel for Merchant Capital, LLC and New Sunshine, LLC*