UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, <br>     *Plaintiffs*, <br><br> *vs.* <br><br> MELANIA MARKS SKINCARE, LLC, <br>     *Defendant*. | 1:13-cv-00873-JMS-DML |

**ORDER TO SHOW CAUSE**

In the recently-filed Joint Jurisdictional Statement, the parties identified MH Equity Managing Member, LLC ("MH Equity") as a member of MH Private Equity Fund, LLC, which is the sole member of MH Investors Sun, LLC, which is a member of Plaintiff New Sunshine, LLC ("New Sunshine"). [Dkt. 21 at 2.] The Court is aware that MH Equity filed a Chapter 11 Voluntary Petition on June 14, 2013. [*See* Case No. 13-06283-JKC-11, filed in the United States Bankruptcy Court for the Southern District of Indiana.]

Because, as the parties have stated, MH Equity has an ownership interest in New Sunshine, the Court finds it prudent to examine what effect, if any, MH Equity's pending Chapter 11 Voluntary Petition has on this litigation. Accordingly, the Court **ORDERS** the parties to **SHOW CAUSE** by **July 1, 2013** regarding the impact of MH Equity's pending Chapter 11 Voluntary Petition on this litigation. The parties should address whether Chapter 11's automatic stay affects this litigation, and also whether the pending bankruptcy affects this Court's jurisdiction or ability to proceed in any way.

06/18/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Norman T. Funk
KRIEG DEVAULT LLP
nfunk@kdlegal.com

Libby Yin Goodknight
KRIEG DEVAULT LLP
lgoodknight@kdlegal.com

Jeremy Michael Padgett
TYRA LAW FIRM P.C.
jerry.padgett@tyralaw.net

Bryan S. Strawbridge
KRIEG DEVAULT LLP
bstrawbridge@kdlegal.com

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net