UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CAUSE NO.: 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' PRELIMINARY EXHIBIT LIST

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC, by counsel, for their Preliminary Exhibit List, states the following:

1. The License Agreement at issue in this matter, including all drafts and other variations of the final executed version;

2. Any and all communications between representatives from New Sunshine, LLC and representatives from Melania Marks Skincare, LLC related to the License Agreement;

3. Any and all communications between representatives from Melania Marks Skincare, LLC and Stephen and/or Tomisue Hilbert related to the License Agreement;

4. Any and all documents relating to any agreements between Melania Marks Skincare, LLC and all retail outlets relating to the products referenced in the License Agreement;

5. Any and all documents relating to promotion of the products referenced in the License Agreement;

6. The June 4, 2012 letter from Merchant Capital to Stephen Hilbert;

7. The June 26, 2012 letter from Merchant Capital to Stephen Hilbert;

8.  Any and all documents, discovery, and pleadings relating to lawsuit pending in the Circuit Court of Eau Claire County, Wisconsin under *Merchant Capital, LLC, et al. v. MH Equity Managing Member, LLC, et al.*, Case No. 12 CV 734;

9.  Curriculum vitae of any experts to be named by any of the parties;

10. Reports and files of any expert witnesses named by any party;

11. Any documents, photographs, diagrams, charts, and/or other information relied upon, referenced, utilized, or created by any expert witnesses named by any party;

12. Any and all exhibits necessary for impeachment or rebuttal purposes;

13. Any and all discovery responses or materials listed, obtained, submitted, and/or used in discovery or at trial as exhibits by any party to this action;

14. Transcripts and exhibits from all depositions taken in this case;

15. Any and all pleadings in this case; and

16. Any exhibit identified by any of the parties.


Respectfully submitted,

/s/Jerry M. Padgett
Jerry M. Padgett (#27282-49)
One of the Attorneys for Plaintiffs,
*Merchant Capital, LLC and New Sunshine, LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
334 N. Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile:  (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of June, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

                                                /s/ Jerry M. Padgett_____
                                                Jerry M. Padgett