UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC and NEW SUN-SHINE, LLC, | ) | |
| Plaintiffs, | ) | |
| | ) | 1:13-cv-00873-JMS-DML |
| vs. | ) | |
| | ) | |
| MELANIA MARKS SKINCARE, LLC, | ) | |
| Defendant. | ) | |

## ORDER

On June 18, 2013, the Court ordered the parties to show cause regarding the impact of

MH Equity Managing Member, LLC's ("MH Equity") pending Chapter 11 Voluntary Petition,

since it has an ownership interest in Plaintiff New Sunshine, LLC.  [Dkt. 26.]  Having reviewed

the parties' responses to the Order to Show Cause, [dkts. 32; 33], the Court finds that MH Equi-

ty's pending Chapter 11 Voluntary Petition does not affect this matter at this time, and this mat-

ter can proceed.  The Order to Show Cause is **DISCHARGED** as to all parties.

07/03/2013

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Norman T. Funk
KRIEG DEVAULT LLP
nfunk@kdlegal.com

Libby Yin Goodknight
KRIEG DEVAULT LLP
lgoodknight@kdlegal.com

Jeremy Michael Padgett
TYRA LAW FIRM P.C.
jerry.padgett@tyralaw.net

- 2 -

Bryan S. Strawbridge
KRIEG DEVAULT LLP
bstrawbridge@kdlegal.com

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net