UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, *et al.*            Plaintiffs, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br>           Defendant. | No. 1:13-cv-00873-JMS-DML |

**TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a Bench Trial before Judge Jane Magnus-Stinson on **November 12, 2013 at 9:00 a.m.** in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A Final Pretrial Conference is also set for **October 17, 2013 at 10:00 a.m.** in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Counsel are reminded of the required pretrial preparation deadlines set forth in paragraph VIII of the case management plan [dkt. 24].

Counsel are further reminded to review the undersigned's Practices and Procedures, available on the internet at http://www.insd.uscourts.gov/Publications/CourtroomProceduresJMS.pdf .

Date: 07/03/2013

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF to:

Libby Yin Goodknight
KRIEG DEVAULT LLP
lgoodknight@kdlegal.com

Norman T. Funk
KRIEG DEVAULT LLP
nfunk@kdlegal.com

Bryan S Strawbridge
KRIEG DEVAULT LLP
bstrawbridge@kdlegal.com

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net

Jeremy Michael Padgett
TYRA LAW FIRM P.C.
jerry.padgett@tyralaw.net

Court Reporter