UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## Entry from July 11, 2013 Conference
## and Order Changing Scheduled Status Conference

The parties, by counsel, appeared for a telephone status conference on July 11, 2013, with the magistrate judge. The court changes the date and time for the next telephone status conference to **August 6, 2013, at 10:00 a.m.** Counsel are to contact the court at 317.229.3630 to participate in the conference. Where multiple counsel from a firm are participating in the conference, those counsel should make arrangements to call the court on a single line.

So ORDERED.

Date:  07/12/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system