UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, ) | |
| NEW SUNSHINE, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:13-cv-00873-JMS-DML |
| ) | |
| MELANIA MARKS SKINCARE, LLC, ) | |
| ) | |
| Defendant. ) | |

## Order Striking Agreed Protective Order
## Governing Confidential Information

On July 24, 2013, the parties filed their Stipulated Protective Order (Dkt. No. 39). This filing exemplifies a troublesome practice seen more and more frequently by this Court: the filing of proposed orders without accompanying motions. Fed. R. Civ. P. 26(c) states: "A party or any person from whom discovery is sought may <u>move</u> for a protective order…") (emphasis added). The Court acts on motions, not proposed orders. Docket No. 39 is, therefore, stricken. If the parties seek a protective order, they should properly move for one.

IT IS SO ORDERED.

Date: 07/25/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system