UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) <br> ) |

## EXPERT DISCLOSURE OF PLAINTIFFS MERCHANT CAPITAL, LLC AND NEW SUNSHINE, LLC

Plaintiff Merchant Capital, LLC, and New Sunshine, LLC, by counsel, for its expert disclosure pursuant to the Case Management Plan [dkt. #24], says:

Plaintiffs disclose Erik Rosenstrauch, President of Fuel Partnerships. Mr. Rosenstrauch's c.v. is attached hereto as Exhibit A.

Mr. Rosenstrauch's report is attached hereto as Exhibit B.

Respectfully submitted,

/s/Kevin C. Tyra_____
Kevin C. Tyra, #11883-49
One of the Attorneys for Plaintiffs,
*Merchant Capital, LLC and New Sunshine, LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
334 N. Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile: (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

                                              /s/Kevin C. Tyra
                                              Kevin C. Tyra, #11883-49