# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  CAUSE NO.: 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING JOINT MOTION FOR AGREED PROTECTIVE ORDER

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC, by counsel, and Defendant Melania Marks Skincare, LLC, by counsel, having filed their Joint Motion for Agreed Protective Order, and the Court, having examined said motion and being duly advised in the premises, now finds that said motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the proposed terms set forth in the Joint Motion for Agreed Protective Order shall govern the disclosure and use of documents designated as "Confidential Material" being produced through discovery in this matter.

<u>  08/01/2013                             </u>                         *Debra McVicker Lynch* (signature)
DATE                                                                Debra McVicker Lynch
                                                                    United States Magistrate Judge
                                                                    Southern District of Indiana

**DISTRIBUTION**:

Kevin C. Tyra
Jerry M. Padgett
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DeVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com