UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC, | ) | |
| NEW SUNSHINE, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-00873-JMS-DML |
| | ) | |
| MELANIA MARKS SKINCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## Entry and Order from Status Conference

The parties, by counsel, appeared for a telephone status conference on August 6, 2013, with the magistrate judge. The November 12, 2013 trial of this matter will include all liability (but not damages) issues in connection with the counterclaim by Melanie Marks Skincare against Merchant Capital.

Counsel shall confer in good faith to schedule depositions consistent with the trial date and may, if necessary, seek a brief extension of the discovery deadline to accommodate that schedule. The October 17, 2013 final pretrial conference is reset to October 31, 2013, at 1:00 p.m.

So ORDERED.

Date:   08/09/2013

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system