UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUN-SHINE, LLC, <br>     *Plaintiffs*, <br><br> *vs.* <br><br> MELANIA MARKS SKINCARE, LLC, <br>     *Defendant*. | ) <br> ) <br> ) <br> )  1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Pending before the Court is a Motion for Temporary Restraining Order filed by Plaintiffs Merchant Capital, LLC ("Merchant") and New Sunshine, LLC ("New Sunshine"). [Dkt. 11.] In their motion, Merchant and New Sunshine request that the Court "issue a temporary restraining order and/or preliminary injunction staying the arbitration proceedings commenced by [Defendant] Melania Marks Skincare, LLC ("Melania Marks Skincare")…in the State of New York before JAMS." [*Id.* at 1.] Merchant and New Sunshine also request a "temporary restraining order and/or preliminary injunction enjoining Melania Marks Skincare from attempting to enforce the License Agreement in any manner…." [*Id.* at 1-2.]

On June 13, 2013, the parties filed a Joint Stipulation to Stay Arbitration, which provided that the arbitration proceedings shall be stayed pending resolution of this case. [Dkt. 20.] A Bench Trial to determine the validity of the License Agreement is currently scheduled for November 12, 2013. [Dkt. 35.] Accordingly, the Motion for Temporary Restraining Order, [dkt. 11], is **DENIED AS MOOT** to the extent it requests a temporary restraining order or preliminary injunction staying the arbitration proceedings. The motion is also **DENIED** to the extent it requests a temporary restraining order enjoining Melania Marks Skincare from attempting to enforce the License Agreement, but **REMAINS PENDING** as to the request for an injunction en-

joining Melania Marks Skincare from attempting to enforce the License Agreement. The validity of the agreement will be the subject of the November 12, 2013 Bench Trial as provided in the Case Management Plan and stipulated to by the parties, [dkt. 24 at 4, ¶ VIII.A].

08/12/2013

                                                Hon. Jane Magnus-Stinson, Judge
                                                United States District Court
                                                Southern District of Indiana

**Distribution via ECF only:**

Norman T. Funk
KRIEG DEVAULT LLP
nfunk@kdlegal.com

Libby Yin Goodknight
KRIEG DEVAULT LLP
lgoodknight@kdlegal.com

Jeremy Michael Padgett
TYRA LAW FIRM P.C.
jerry.padgett@tyralaw.net

Bryan S. Strawbridge
KRIEG DEVAULT LLP
bstrawbridge@kdlegal.com

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net