IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, and<br>NEW SUNSHINE, LLC<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MELANIA MARKS SKINCARE, LLC<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　CASE NO. 1:13-cv-0873-JMS-DML<br>)<br>)<br>)<br>) |

**MELANIA MARKS SKINCARE, LLC'S**
**FIRST SUPPLEMENTAL PRELIMINARY WITNESS LIST**

COMES NOW Melania Marks Skincare, LLC, by counsel, and pursuant to the Case Management Order issued in this case respectfully supplements its Preliminary Witness List by adding the following additional witness, who shall be in addition to all other witnesses previously identified:

　　13.　John Menard

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　s/ Norman T. Funk
　　　　　　　　　　　　　Norman T. Funk, Attorney No. 7021-49
　　　　　　　　　　　　　Libby Y. Goodknight, Attorney No. 20880-49
　　　　　　　　　　　　　Bryan S. Strawbridge, Attorney No. 29076-49
　　　　　　　　　　　　　KRIEG DeVAULT LLP
　　　　　　　　　　　　　One Indiana Square, Suite 2800
　　　　　　　　　　　　　Indianapolis, Indiana 46204-2079
　　　　　　　　　　　　　Telephone:  (317) 636-4341
　　　　　　　　　　　　　Facsimile:  (317) 636-1507
　　　　　　　　　　　　　nfunk@kdlegal.com
　　　　　　　　　　　　　lgoodknight@kdlegal.com
　　　　　　　　　　　　　bstrawbridge@kdlegal.com

　　　　　　　　　　　　　*Counsel for Melania Marks Skincare, LLC*

CERTIFICATE OF SERVICE

       I hereby certify that on August 20, 2013, a copy of the foregoing **First Supplemental Preliminary Witness and Exhibit List of Melania Marks Skincare, LLC** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net

Jerry M. Padgett
THE TYRA LAW FIRM, P.C.
jerry.padgett@tyralaw.net

                                            s/ Norman T. Funk
                                            Norman T. Funk

KD_5492233_1.DOCX