## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER GRANTING JOINT MOTION FOR DISCOVERY CONFERENCE

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC, by counsel, and Defendant Melania Marks Skincare, LLC, by counsel, having filed their Joint Motion for Discovery Conference, and the Court, having examined said motion and being duly advised in the premises, now finds that said motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that a telephone discovery conference shall take place on August 27, 2013 at 2:00 p.m. Counsel are to contact the court at 317.229.3630 to participate in the conference. If multiple counsel from a firm are participating, they should call in on a single line.

08/27/2013
DATE

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

**DISTRIBUTION**:

Kevin C. Tyra
Jerry M. Padgett
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DeVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com