UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## Entry and Order from Discovery Conference

The parties, by counsel, appeared for a discovery conference on August 27, 2013, with the magistrate judge. The parties have agreed to defer their decisions about whether certain depositions are necessary until completion of other depositions. By close of business October 4, 2013, counsel shall file a joint status report to advise the court whether they believe these additional depositions are necessary and whether the right to take them remains in dispute. If necessary, the court will then enter an appropriate briefing and/or hearing schedule.

So ORDERED.

Date: 08/29/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system