### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

MERCHANT CAPITAL, LLC and )
NEW SUNSHINE, LLC, )
        )
        Plaintiffs, )
        )
        )    CAUSE NO.: 1:13-cv-00873-JMS-DML
v. )
        )
MELANIA MARKS SKINCARE, LLC, )
        )
        Defendant. )

### PLAINTIFFS' FINAL EXHIBIT LIST

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC, by counsel, for their Final Exhibit List, state the following:

1. The License Agreement at issue in this matter, including all drafts and other variations of the final executed version;

2. The documents marked and used as exhibits in the depositions taken in this matter;

3. Any and all communications between representatives from New Sunshine, LLC and representatives from Melania Marks Skincare, LLC related to the License Agreement;

4. Any and all communications between representatives from Melania Marks Skincare, LLC and Stephen and/or Tomisue Hilbert related to the License Agreement;

5. Any and all documents relating to any agreements between Melania Marks Skincare, LLC and all retail outlets relating to the products referenced in the License Agreement;

6. Any and all documents relating to promotion of the products referenced in the License Agreement;

7.      The June 4, 2012 letter from Merchant Capital to Stephen Hilbert;

8.      The June 26, 2012 letter from Merchant Capital to Stephen Hilbert;

9.      Any and all documents, discovery, and pleadings relating to lawsuit pending in the Circuit Court of Eau Claire County, Wisconsin under *Merchant Capital, LLC, et al. v. MH Equity Managing Member, LLC, et al.*, Case No. 12 CV 734;

10.     Curriculum vitae of Eric Rosenstrauch;

11.     Any documents, photographs, diagrams, charts, and/or other information relied upon, referenced, utilized, or created by Eric Rosenstrauch;

12.     Communications between the parties in 2013 regarding New Sunshine's settlement overtures and Melania Marks' responses to those overtures;

13.     News articles regarding other business dealings between the Hilberts and the Trumps;

14.     Documents regarding the sale of Le Chateau des Palmiers;

15.     Any and all exhibits necessary for impeachment or rebuttal purposes;

16.     Any and all discovery responses or materials listed, obtained, submitted, and/or used in discovery or at trial as exhibits by any party to this action;

17.     Transcripts from all depositions taken in this case;

18.     Any and all pleadings in this case; and

19.     Any exhibit identified by any of the parties.

Respectfully submitted,

/s/Jerry M. Padgett_____
Jerry M. Padgett (#27282-49)
One of the Attorneys for Plaintiffs,
*Merchant Capital, LLC and New Sunshine, LLC*

2

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
355 Indiana Ave.
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile:  (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2013, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to

the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

/s/ Jerry M. Padgett_____
Jerry M. Padgett