UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and<br>NEW SUNSHINE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>MELANIA MARKS SKINCARE, LLC,<br><br>    Defendant. | CAUSE NO.: 1:13-cv-00873-JMS-DML |

**PLAINTIFFS' FINAL WITNESS LIST**

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC, by counsel, for their Final Witness List, states the following:

1. Rodney Smith;
2. Matthew Cotton;
3. James Anderson;
4. Eric Weber;
5. Stephen Hilbert;
6. Tomisue Hilbert;
7. Scott Matthews;
8. Melania Trump;
9. Donald Trump;
10. Cathy Glosser;
11. Jonathan E. Gross;
12. Karen Pasternack;
13. Aimee Preston;

14. Eric Rosenstrauch;

15. Representative(s) from Lord & Taylor;

16. Representatives from any other retail outlet regarding the products at issue in the License Agreement;

17. Witnesses regarding the sale of Le Chateau des Palmiers;

18. Other representatives from New Sunshine, LLC;

19. Other representatives from Merchant Capital, LLC;

20. Other representatives from Melania Marks Skincare, LLC

21. Any and all witnesses that may be discovered between the date of this witness list and the trial of this matter;

22. All witnesses identified during depositions or discovery in this matter;

23. All records custodians for any exhibits that will be introduced at trial;

24. Any and all witnesses needed for rebuttal or impeachment purposes; and

25. All witnesses identified by Defendant.

Respectfully submitted,

/s/Jerry M. Padgett
Jerry M. Padgett (#27282-49)
One of the Attorneys for Plaintiffs,
*Merchant Capital, LLC and New Sunshine, LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
355 Indiana Ave.
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile: (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

                                                /s/ Jerry M. Padgett
                                                Jerry M. Padgett