UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, <br>     *Plaintiffs*, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br>     *Defendant*. | ) <br> ) <br> ) <br> )  1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is set for a final pretrial conference on **October 31, 2013 at 1:00 p.m.**, and a three-day bench trial to begin on **November 12, 2013**.

To help the Court prepare for the final pretrial conference and upcoming bench trial, the Court **ORDERS** as follows:

- Given that this is a bench trial, the Court does not anticipate motions in limine should be necessary. That said, if the orderly disposition of the trial could benefit from pretrial evidentiary rulings, the Court orders that any such pretrial evidentiary motions be filed by **October 23, 2013**. Responses are due by **noon on October 29, 2013**. No replies are necessary. Counsel must be prepared to argue the evidentiary motions at the pretrial conference.

- Each party must file a trial brief by **October 28, 2013**. The trial brief should be in the form of an entry containing proposed findings of fact and conclusions of law that the party would like the Court to enter after the bench trial.

- Any deposition designations must be filed by **October 28, 2013**.[1]

- Stipulations as to facts and evidence must be filed by **November 7, 2013 at noon**.

- A copy of any party's or stipulated exhibits must be filed by **November 7, 2013 at noon**.

10/09/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Norman T. Funk
KRIEG DEVAULT LLP
nfunk@kdlegal.com

Libby Yin Goodknight
KRIEG DEVAULT LLP
lgoodknight@kdlegal.com

Jeremy Michael Padgett
TYRA LAW FIRM P.C.
jerry.padgett@tyralaw.net

Bryan S. Strawbridge
KRIEG DEVAULT LLP
bstrawbridge@kdlegal.com

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net

---

[1] Given the extension of the discovery deadline to October 25, 2013, [dkt. 54], deposition designations are due October 28, 2013, instead of ten days prior to the October 31, 2013 final pretrial conference as stated in the Case Management Plan, [*see* dkt. 24 at 4, ¶ VIII.D].