UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC,<br>NEW SUNSHINE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MELANIA MARKS SKINCARE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 1:13-cv-00873-JMS-DML<br>)<br>)<br>)<br>) |

## Entry and Order from Discovery Conference

The parties, by counsel, appeared for a telephone discovery conference on October 3, 2013, with the magistrate judge. The magistrate judge heard arguments regarding a pending discovery dispute and made rulings on the record. The deadline for the parties' joint status report is extended to October 11, 2013.

SO ORDERED.

Date: 10/10/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system