```
                                                                    1

 1    UNITED STATES DISTRICT COURT

 2    SOUTHERN DISTRICT OF NEW YORK

 3    MANHATTAN DIVISION
      ------------------------------------x
 4    MERCHANT CAPITAL, LLC and
      NEW SUNSHINE, LLC,
 5
                              Plaintiffs,
 6
            -against-
 7
      MELANIA MARKS SKINCARE, LLC,
 8
                              Defendant.
 9
      Cause No.: 1:13-cv-00873-JMS-DML
10    ------------------------------------x

11

12                              725 Fifth Avenue
                                New York, New York
13
                                September 10, 2013
14                              9:22 a.m.

15

16         DEPOSITION of CATHY GLOSSER, the WITNESS in

17    the above-entitled action, held at the above time

18    and place, taken before Darby Ginsberg, a

19    Shorthand Reporter and Notary Public of the State

20    of New York.

21

22

23

24

25
```

```
                                                          29
 1   with Scott Matthews?
 2       A.   I think a couple of times.
 3       Q.   More than you did with Steve?
 4       A.   Maybe.  Yes.  I can't recall exactly.
 5       Q.   Do you recall if Steve Hilbert had any
 6   specific input on the terms of the license
 7   agreement as far as certain terms that he wanted
 8   or did not want in there?
 9       A.   I don't recall specific terms, but I --
10   I think he was an integral part of the
11   negotiation, along with Scott Matthews
12   representing New Sunshine.  So --
13       Q.   Did you ever personally have
14   conversations with Steve Hilbert about the
15   license agreement --
16       A.   Yes.
17       Q.   -- where it was just the two of you?
18       A.   Yeah.  I believe that we spoke on the
19   phone.
20       Q.   Do you know if Steve Hilbert ever
21   directly talked to Melania and/or Donald about
22   the license agreement?
23       A.   I think he definitely spoke with
24   Melania, and he may have spoken to Donald early
25   on, but Donald was really not a part of it at
```

30

1  all. It was really -- it was a Melania deal.
2      Q. Okay. Do you know when he would have
3  spoken with Melania? When Steve would have --
4      A. Dates or?
5      Q. Approximate time range.
6      A. I have no idea. During the
7  negotiations, so whenever we started to whenever
8  it was signed. Somewhere in between.
9      Q. In 2012. Sure. Sure.
10         Did Tomisue Hilbert have any role in the
11 negotiations?
12     A. Not that I know.
13     Q. Did she have any involvement at all with
14 this entire deal, including any ideas on the
15 product line for the skin care products or --
16     A. The only involvement that I am aware of
17 that Tomisue had was I -- she was at the photo
18 shoot for Melania once the deal was signed, and
19 they were putting in advertising campaign,
20 promotional campaign together. Tomisue was
21 there. So I don't know what her involvement was,
22 but she was there.
23     Q. Okay. Was she ever involved in any
24 phone calls that you were on with New Sunshine
25 people?

54

1   -- what's this? The initial shipment date down
2   at the bottom.
3       Q.  Okay.
4       A.  It's primarily -- maybe a couple more,
5   but that's primarily, hair and makeup, travel.
6       Q.  Okay. Now throughout these, this list
7   of looks like about 26 items, there is multiple
8   references to Trump. Is that reference to just
9   the Trump Organization in general?
10      A.  That just means me and Jonathan and
11  consulting with Melania. I don't think it's
12  referring to the Trump Organization as a whole.
13      Q.  That's not reference to Donald Trump
14  specifically?
15      A.  No. I don't think there is any
16  reference to Donald Trump in any of this.
17      Q.  I guess when it says Trump --
18      A.  It's not a reference to Donald Trump.
19      Q.  I want to clarify.
20      A.  This deal, just to clarify, has nothing
21  to do with Donald Trump. It's Melania's deal.
22      Q.  If you look at the item number -- number
23  14?
24      A.  Are they numbered?
25      Q.  Number 14.