```
                                                                    1

 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   MANHATTAN DIVISION
     -------------------------------------------x
 4   MERCHANT CAPITAL, LLC and
     NEW SUNSHINE, LLC,
 5
                              Plaintiffs,
 6
           -against-
 7
     MELANIA MARKS SKINCARE, LLC,
 8
                              Defendant.
 9
     Cause No.: 1:13-cv-00873-JMS-DML
10   -------------------------------------------x

11

12                            725 Fifth Avenue
                              New York, New York
13
                              September 11, 2013
14                            9:02 a.m.

15

16         DEPOSITION of MELANIA TRUMP, the WITNESS in

17   the above-entitled action, held at the above time

18   and place, taken before Darby Ginsberg, a

19   Shorthand Reporter and Notary Public of the State

20   of New York.

21

22

23

24

25
```

79

1    Q.  Or the foreclosures on his mansion, that
2  sort of thing?
3    A.  No.
4    Q.  Do you know if Steve Hilbert ever
5  directly talked to Donald Trump about the terms
6  of the license agreement during the time the
7  license agreement was being negotiated?
8    A.  This was my deal, and it was all
9  business deal.  So my husband has nothing to do
10 with it.
11   Q.  So you are saying that, to your
12 knowledge, Steve Hilbert and Donald Trump never
13 discussed the license agreement in the course of
14 negotiations?
15   A.  No.
16   Q.  And other than the meeting in early
17 2011 --
18        MR. FUNK:  Just a second.  I am -- I
19     want to make sure, Kevin, if I may
20     interrupt, that the question and the answer
21     go together, and I think there is a
22     disconnect.
23        I think that Mrs. Trump meant no,
24     Mr. Trump and Mr. Hilbert did not speak with
25     one another, but I am not sure that's what

1           the question was.
2                  Could I have the previous question and
3           the answer?
4                  (Record read.)
5      BY MR. TYRA:
6           Q.  So, and the way I phrased the question
7      may not be quite as artful as it should be.
8                  You are saying, to your knowledge, Steve
9      and Donald have not or did not have discussions
10     in the course of negotiations?
11          A.  As my knowledge, no.
12          Q.  Okay.
13          A.  Because this was all my deal.  So --
14          Q.  Okay.
15                 MR. FUNK:  Thank you.
16     BY MR. TYRA:
17          Q.  Other than that first meeting in early
18     2011 where the whole New Sunshine team made their
19     presentation, did you have any conversations with
20     Steve Hilbert about the license agreement or the
21     product line?
22          A.  No.
23          Q.  Did you ever have any discussions with
24     Steve Hilbert about any problems that might be
25     popping up or issues that needed to be resolved

101

1  Q. You don't recall any such communication?
2  A. No.
3     MR. FUNK: Thank you.
4  BY MR. TYRA:
5  Q. Do you know why Steve Hilbert thought
6  you need to speak to Donald Trump about this
7  issue?
8     MR. FUNK: We will object to the form of
9     the question.
10    You may answer the question, Mrs. Trump,
11    if you can.
12    THE WITNESS: Maybe he thought because
13    he is my husband? I don't know, you know.
14 BY MR. TYRA:
15 Q. Would Donald Trump need to -- would you
16 need his input for this deal?
17 A. No.
18 Q. And did you ever talk to your husband
19 about Eric Weber's authority to sign the
20 agreement?
21 A. No.
22 Q. And were there any other occasions where
23 your husband had input into the negotiations?
24 A. No.
25    (Exhibit 61, Series of e-mails, marked

103

```
 1    license products at wholesale price to Donald
 2    Trump.  Do you recall that provision?
 3          A.  What is it?
 4          Q.  In the license agreement it essentially
 5    says that New Sunshine would sell the skin care
 6    products at Donald Trump properties --
 7          A.  Correct.
 8          Q.  -- at wholesale prices.  Do you know why
 9    that provision was included in the license
10    agreement?
11          A.  New Sunshine wanted it inside to be --
12    the product to be distributed in the Trump hotels
13    and Trump business properties to sell.
14          Q.  Do you know if any of the skin care
15    products have ever been sold to your husband or
16    at his properties?
17          A.  No.
18          Q.  Or have they ever been on sale here at
19    the Trump Tower?
20          A.  No.
21          Q.  Do you know why not?
22          A.  It was not in the process.  It's only
23    Lord & Taylor exclusive for now, and then
24    everything stopped.
25          Q.  Do you know if there would be any reason
```