```
                                                              1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
 2                  INDIANAPOLIS DIVISION

 3

 4   MERCHANT CAPITAL, LLC, AND  )
     NEW SUNSHINE, LLC,          )
 5                               )
              Plaintiffs,        )
 6                               )
           -v-                   ) CAUSE NO.
 7                               ) 1:13-CV-0873-JMS-DML
     MELANIA MARKS SKINCARE, LLC,)
 8                               )
              Defendant.         )
 9

10

11       The deposition upon oral examination of

12   ERIC HARRIS WEBER, a witness produced and sworn before

13   me, Nancy M. Kottenstette, RPR, Notary Public in and

14   for the County of Marion, State of Indiana, taken on

15   behalf of the Defendant at the offices of Stewart

16   Richardson & Associates, One Indiana Square,

17   Suite 2425, Indianapolis, Indiana, on August 9, 2013,

18   at 8:04 a.m., pursuant to all applicable rules.

19

20

21

22            STEWART RICHARDSON & ASSOCIATES
               Registered Professional Reporters
23              One Indiana Square, Suite 2425
                    Indianapolis, IN  46204
24                      (317)237-3773

25
```

1  filming.
2 Q And were any marketing studies done by New Sunshine
3  to determine the feasibility of the costs
4  associated with going on Celebrity Apprentice?
5 A Other than the fact that we had historical positive
6  response from doing -- from going on the program
7  years before.
8 Q And I think you had talked about that earlier in
9  your deposition.
10 A We did.
11 Q Did Donald Trump have any involvement with the
12  license agreement and/or the product line outside
13  of the connection to Celebrity Apprentice?
14 A Not to my knowledge.
15 Q Did he ever sit in on any meetings regarding the
16  terms of the license agreement?
17 A Not that I participated in.
18 Q Did he have any substantive input on the terms of
19  the license agreement?
20 A Not that I'm aware of.
21 Q Let me go back for just a second to Exhibit 1 to
22  the license agreement, and Jerry found on page 10
23  where it talks about "Sales to Licensor Related
24  Parties."  So if you look on page 10 of Exhibit 1,
25  near the bottom, Roman numeral IX, take a second to