```
 1           UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
 2                   CASE NO: 1:13-cv-00873-JMS-DML

 3

 4   MERCHANT CAPITAL, LLC,
     and NEW SUNSHINE, LLC,
 5
            Plaintiffs,
 6
                                    Testimony of:
 7      -vs-                        JONATHAN GROSS

 8   MELANIA MARKS SKINCARE, LLC,

 9          Defendant.

10

11       T R A N S C R I P T of the stenographic

12   notes of the proceedings in the above-entitled

13   matter, as taken by and before CAROLYN C. CRESCIO,

14   a Notary Public of the State of New Jersey, held at

15   the office of PROFESSIONAL COURT REPORTING & VIDEO,

16   LLP, 235 East Broad Street, Westfield, New Jersey on

17   Monday, September 9, 2013, commencing at 9:29 in the

18   forenoon.

19

20         PROFESSIONAL COURT REPORTING & VIDEO

21        Certified Court Reporters and Videographers

22                  235 East Broad Street

23               Westfield, New Jersey 07090

24                    (908) 228-5261

25
```

```
 1        A.   I'm sorry.  Where are you reading?
 2        Q.   I'm not looking at Exhibit-45.  I'm
 3   saying, as we had discussed previously, earlier
 4   drafts of the license agreement were drafted to be
 5   between Melania Marks and Tomisue, LLC, correct?
 6        A.   I think you had shown me one or two
 7   drafts.  I don't know if they were the earlier
 8   drafts or the middle drafts.  It wasn't the final
 9   draft.
10        Q.   Do you know why Tomisue, LLC, was
11   proposed to be licensee instead of New Sunshine?
12        A.   No.  You asked me that previously, and I
13   told you I do not know.
14        Q.   And do you know why early drafts had
15   Prestige Beauty as the licensee instead of New
16   Sunshine?
17        A.   I think you asked me, and I told you that
18   I don't know what Prestige Beauty is.  And then
19   later on, there was an e-mail that referenced
20   Prestige Beauty and -- I don't know.
21        Q.   Are you aware that the license agreement
22   required New Sunshine to name several people
23   involved in the Trump Organization, as additional
24   insured to New Sunshine's insurance?
25        A.   It's possible.
```

```
 1        Q.    And going to Exhibit-1, it's on schedule
 2   A5, where it talks about additional insureds.
 3        A.    Schedule A5 to...
 4        Q.    Exhibit-1.
 5        A.    Exhibit-1, being the executed license?
 6        Q.    Yes.  It's the last paragraph on schedule
 7   A5.
 8        A.    I have schedule A, B, C, D, E.  I don't
 9   have A with numbers after it.
10        Q.    In the top right corner, it would be Page
11   66, that unnumbered paragraph at the bottom of --
12        A.    It's paragraph 11 of schedule A.  Oh, I
13   see.  It's page -- it's page schedule A5.
14        Q.    I'm sorry.
15        A.    That's okay.
16        Q.    Are you aware that the license agreement
17   required New Sunshine to name several individuals as
18   additional insureds on their insurance?
19        A.    Yeah.  That would be a typical thing that
20   I would do.  People make mistakes, who they need to
21   sue.  And they see the name "Trump," so they sue the
22   wrong Trumps.  So, therefore, I try to be as broad
23   as I could, as far as who the additional insureds
24   are, so nobody says that Trump wasn't part of this
25   deal.  Why should I pay for the lawsuit, even though
```

```
 1  I was really at fault.
 2       Q.   But other than plaintiffs who sue too
 3  many parties, or parties that shouldn't really be
 4  sued, would there be any personal exposure that
 5  Melania or Donald Trump would have, that they would
 6  need to be listed as additional insured?
 7       A.   I don't know.  I don't know what you mean
 8  by personal liability that anyone would have.
 9  Anybody can be sued for anything.  You want them to
10  be insured in case there's liability.  I would draw
11  no conclusion for who is listed as additional
12  insured on a schedule to a contract.
13            MR. TYRA:  Please mark.
14            (E-mail is received and marked Exhibit-47
15  for identification.)
16       Q.   I'm showing you what we marked as
17  Exhibit-47.  This is an e-mail that you had
18  prepared.  It appears on November 12th, 2012, to
19  several people, including Scott Matthews, correct?
20       A.   Correct.
21       Q.   Do you recall this e-mail?
22       A.   No.
23       Q.   At least, the date would indicate, I
24  represent to you, about 12 days after the license
25  agreement was signed.  And for the additional
```