UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, <br>     *Plaintiffs*, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br>     *Defendant*. | ) <br> ) <br> ) <br> )    1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## ORDER

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC have filed a Motion to Continue the Trial Date, seeking a postponement of the current November 12, 2013 trial date to sometime in February 2014. [Dkt. 61.] The motion states that Defendant Melania Marks Skincare, LLC ("Melania Marks") objects to the continuance of the trial date. [*Id.* at 10.]

Because the final pretrial conference in this matter is scheduled for October 31, 2013, with certain filing requirements in advance of the conference, the Court **ORDERS** Melania Marks to file any response to the Motion to Continue the Trial Date by **October 18, 2013**. No reply is necessary.

10/15/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Norman T. Funk
KRIEG DEVAULT LLP
nfunk@kdlegal.com

Libby Yin Goodknight
KRIEG DEVAULT LLP
lgoodknight@kdlegal.com

Jeremy Michael Padgett
TYRA LAW FIRM P.C.
jerry.padgett@tyralaw.net

Bryan S. Strawbridge
KRIEG DEVAULT LLP
bstrawbridge@kdlegal.com

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net