# Norman T. Funk

| | |
|---|---|
| **From:** | Jerry Padgett <Jerry.Padgett@tyralaw.net> |
| **Sent:** | Friday, October 04, 2013 4:03 PM |
| **To:** | Norman T. Funk |
| **Cc:** | Kevin Tyra; Amy Tyra |
| **Subject:** | New Sunshine v. Melania Marks |
| **Attachments:** | Second RFP to Melania Marks Skincare (redlined).docx |

Tom,

Attached please find the redlined version of our 2nd RFP with the revisions made pursuant to yesterday's discovery conference.

Thanks,

Jerry


Jerry M. Padgett
Attorney at Law
THE TYRA LAW FIRM, P.C.
355 Indiana Ave., Suite 150
Indianapolis, IN 46204
Phone: (317) 636-1304
Fax: (317) 636-1343
jerry.padgett@tyralaw.net

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, you may not read, copy, distribute, or take action in reliance upon this message. If you have received this message in error, please notify me immediately by return e-mail and promptly delete this message and its attachments from your computer system. This message may contain information which is privileged, confidential, and exempt from disclosure under applicable law, and we do not waive attorney-client or work-product privilege by the transmission of this message.

*PLEASE NOTE OUR NEW ADDRESS LISTED ABOVE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and<br>NEW SUNSHINE, LLC,<br><br>    Plaintiffs / Counter-claim Defendants,<br><br>v.<br><br>MELANIA MARKS SKINCARE, LLC,<br><br>    Defendant / Counter-claim Plaintiff. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 1:13-cv-00873-JMS-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' AMENDED SECOND REQUEST FOR PRODUCTION TO DEFENDANT

Plaintiffs / Counter-claim Defendants Merchant Capital, LLC and New Sunshine, LLC ("Plaintiffs"), by counsel, requests that Defendant / Counter-claim Plaintiff Melania Marks Skincare, LLC respond to the following amended requests within thirty (30) days after service hereof.

### DEFINITIONS AND INSTRUCTIONS

1. **"Identify"** means to provide the full name, address, and telephone number of the person or entity to be identified.

2. **"Plaintiffs"** refers to Plaintiffs Merchant Capital, LLC and New Sunshine, LLC.

3. **"New Sunshine"** refers to Plaintiff New Sunshine, LLC.

4. **"You"**, **"your"**, and **"Defendant"** refers to Melania Marks Skincare, LLC, its affiliates, agents, attorneys, investigators, employees, and anyone else acting on its behalf.

~~4~~5.   "**License Agreement**" means the license agreement entered into between Defendant and Plaintiff New Sunshine, LLC, as alleged in paragraph 15 of the Amended Complaint in this case.

~~5~~6.   "**Licensed Products**" means any and all of the products licensed as part of the License Agreement.

~~6~~7.   "**Document**" or "**documents**" means all written matter, graphic matter, and electronically stored information ("ESI"), and all copies of the same containing any additional matter, however produced or reproduced, whether draft or final, original or reproduction, and any other document as that term is defined in Rule 34 of the Federal Rules of Civil Procedure, including but not limited to: writings, drawings, graphs, charts, photographs, sound recordings and other memorials of telephone conversations, images, papers, books, brochures, pamphlets, letters, correspondence, memoranda, notes, logs, transcripts, interviews or conferences or other communications, minutes, records, reports, applications, agreements, contracts, invoices, bills, orders, confirmation slips, ledgers, checks, receipts, working papers, time sheets, diaries, calendars, appointment books, video tapes, e-mails, blogs, computer tapes or any ESI, and any other data or data compilations from which information can be obtained, translated, if necessary, into reasonably usable form.  All terms in this Request are to be defined in the broadest sense to include and require rather than limit the production sought.

~~7~~8.   "**And**" means and/or and "**or**" means and/or.

~~8~~9.   "**Relating to**" means having any possible connection within the broadest sense of those terms.

~~9~~10.   If any documents are withheld, state the date, author, recipients, nature of intelligence which can be perceived therein, and the grounds for withholding.

2

10.11. Documents shall be organized and labeled to correspond with the categories in the Request.

11.12. All requests for discovery are continuing. In the event any additional information comes to your attention subsequent to returning your responses to these Requests, you are requested and required to furnish such additional information to undersigned defense counsel as soon as possible.

12.13. If you object to any Request, provide all documents responsive to unobjected or limited portions, and identify the limitation.

## CATEGORIES OF REQUESTED DOCUMENTS

1. A copy of all documents, including, but not limited to, designs, sketches, ideas, notes, or research drafted and/or maintained by Melania Trump relating to the Licensed Products that were provided to and/or shown to representatives from New Sunshine, as referenced in the deposition of Melania Trump.

**RESPONSE:**

2. ~~A copy of all documents, including, but not limited to, designs, sketches, notes, or research drafted and/or maintained by Melania Trump relating to any and all other skincare product ideas.~~

~~**RESPONSE:**~~

3. ~~Photographs of all samples of the Licensed Products referenced in the deposition of Melania Trump.~~

~~**RESPONSE:**~~

3

4.2.    A copy of any files and/or diaries maintained by Melania Trump relating to the License Agreement and/or the Licensed Products, as referenced in the deposition of Melania Trump.

**RESPONSE:**

5.    A copy of the "look book" provided to Melania Trump by New Sunshine, LLC, as referenced in the deposition of Melania Trump.

**RESPONSE:**

6.3.    A copy of all e-mails from the personal e-mail address of Melania Trump, referenced in the deposition of Melania Trump, relating to the License Agreement and/or the Licensed Products.

**RESPONSE:**

7.4.    For the time period between August 1, 2011 and November 30, 2012, provide a A copy of all e-mails from the personal e-mail address of Melania Trump, referenced in the deposition of Melania Trump, between Melania Trump and Steve Hilbert.

**RESPONSE:**

8.5.    For the time period between August 1, 2011 and November 30, 2012, provide a A copy of all e-mails from the personal e-mail address of Melania Trump, referenced in the deposition of Melania Trump, between Melania Trump and Tomisue Hilbert.

4

**RESPONSE:**


~~9.~~6.   For the time period between August 1, 2011 and November 30, 2012, provide a copy of all text messages <u>sent and/or received on Melania Trump's cellular phone</u> between Melania Trump and Steve Hilbert.

**RESPONSE:**


~~10.~~7.   For the time period between August 1, 2011 and November 30, 2012, provide a copy of all text messages <u>sent and/or received on Melania Trump's cellular phone</u> between Melania Trump and Tomisue Hilbert.

**RESPONSE:**


~~11.~~8.   For the time period between August 2011 and November 2012, provide a monthly itemized copy of all telephone billing statements (office, personal, and/or cellular) relating to telephone calls <u>between Melania Trump and/or Melania Marks Skincare and</u> ~~with~~ Steve Hilbert.

**RESPONSE:**


~~12.   For the time period between August 2011 and November 2012, provide a monthly itemized copy of all telephone billing statements (office, personal, and/or cellular) relating to telephone calls with Tomisue Hilbert.~~

~~**RESPONSE:**~~

5

~~13.~~ 9.  All documents relating to or indicating any in-person meetings, dinners, business events, social events, vacations, or any other personal contact you had with Steve Hilbert from 2011 and 2012.

**RESPONSE:**

~~14.~~ 10.  All documents relating to or indicating any in-person meetings, dinners, business events, social events, vacations, or any other personal contact you had with Tomisue Hilbert from 2011 and 2012.

**RESPONSE:**

                Respectfully submitted,

                _____
                Jerry M. Padgett (#27282-49)
                One of the Attorneys for Plaintiffs,
                *Merchant Capital, LLC and*
                *New Sunshine, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the ~~1st~~ 4th day of October, 2013, a true and complete copy of the foregoing document was served upon all counsel of record via U.S. Mail, with sufficient postage attached.

Norman T. Funk

6

Libby Y. Goodnight
Bryan S. Strawbridge
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204-2079

                                                                                                                    _____
                                                                                                                     Jerry M. Padgett