

October 14, 2013

**Bryan S. Strawbridge**
**Direct Dial: (317) 238-6313**
**E-mail: bstrawbridge@kdlegal.com**

**VIA EMAIL ONLY**

Kevin C. Tyra
Jerry M. Padgett
THE TYRA LAW FIRM, P.C.
334 North Senate Avenue
Indianapolis, IN 46204

>    **RE:**   *Merchant Capital, LLC and New Sunshine, LLC v. Melania Marks Skincare,*
>    *LLC,* **United States District Court, Southern District of Indiana, Case No.**
>    **1:13-cv-00873-JMS-DML, Defendant's Second Supplemental Document**
>    **Production in Response to Plaintiffs' Request for Production**

Dear Counsel:

    In response to your September 27, 2013 email wherein you set forth a series of
documents previously withheld from production by Defendant Melania Marks Skincare, LLC
("Melania Marks") and challenged the assertion of privilege, enclosed please find Melania
Marks' second supplemental production of documents in response to Plaintiffs' First Request for
Production of Documents. All documents requested are attached to this email communication
and are partially redacted wherein attorney work product is contained and are Bates stamped
TRUMP009426 to TRUMP009505. Should you have any questions regarding the enclosed,
please feel free to contact Tom Funk or me at your convenience. Thank you.

                              Sincerely,

                              Bryan S. Strawbridge

Enclosures
cc:    Norman T. Funk (via e-mail)
KD_5693383_1.DOCX



EXHIBIT

1

From:          Cathy Glosser </o=trump org/ou=first
               administrative group/cn=recipients/cn=cglosser>
To:            Amy Steinfeldt </o=trump
               org/ou=exchange administrative group
               (fydibohf23spdlt)/cn=recipients/cn=asteinfeldt>
Cc:
Bcc:
Subject:       FW: Melania skincare license draft
Date:          Thu Oct 04 2012 13:55:26 EDT
Attachments:   image002.png
               image004.jpg
               image005.jpg
               oledata.mso
               Skincare Royalty License Agreement v5 (NS 8.10.12)-___-v6 (Trump 10.03.12).doc

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

From: Jonathan Gross
Sent: Thursday, October 04, 2012 11:19 AM
To: Cathy Glosser
Subject: Melania skincare license draft

Document ID: 0.7.155.8322

| From: | Amy Steinfeldt </o=trump org/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=asteinfeldt> |
| To: | Cathy Glosser </o=trump org/ou=first administrative group/cn=recipients/cn=cglosser> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Melania deal |
| Date: | Fri Aug 03 2012 15:46:02 EDT |
| Attachments: | image001.gif |
| | image002.jpg |

Sure.



Amy Steinfeldt
Licensing Coordinator
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3248 | f. 212.715.7207

asteinfeldt@trumporg.com | trump.com



———

From: Cathy Glosser
Sent: Friday, August 03, 2012 3:46 PM
To: Amy Steinfeldt
Subject: Fw: Melania deal


Please print for me. Thanks.

Best Regards,

Cathy Hoffman Glosser
EVP of Global Licensing
The Trump Organization
725 Fifth Avenue
15th Floor
New York, NY 10022
P: (212) 715-7293
F: (212) 715-7207

cglosser@trumporg.com

From: Cathy Glosser
Sent: Friday, August 03, 2012 03:13 PM
To: 'scott.matthews@newsunshinellc.com' <scott.matthews@newsunshinellc.com>; 'stephen.
hilbert@mhequity.com' <stephen.hilbert@mhequity.com>
Cc: Melania Trump; Jonathan Gross
Subject: Re: Melania deal

Scott,
Thanks for your time on the phone just now. As per our conversation, we are in agreement with an April
15, 2013 launch date. Glad to hear Sephora is high up on the list of retailers and we look forward to
hearing an update when available.
Have a great weekend.

Best Regards,

Cathy Hoffman Glosser
EVP of Global Licensing
The Trump Organization
725 Fifth Avenue
15th Floor
New York, NY 10022
P: (212) 715-7293
F: (212) 715-7207
cglosser@trumporg.com

From: Scott Matthews [mailto:Scott.Matthews@newsunshinellc.com]
Sent: Friday, August 03, 2012 02:56 PM
To: Cathy Glosser; Steve Hilbert <stephen.hilbert@mhequity.com>
Cc: Melania Trump; Jonathan Gross
Subject: RE: Melania deal

Cathy:

I left you a voicemail.  Please call me at your convenience.  Thanks

Scott Matthews

General Counsel & Executive Director of Branding

6270 Corporate Drive, Suite 250

Indianapolis, IN 46278

Direct: (317) 554-3685

Facsimile: (317) 554-3449


New Sunshine, LLC Divisions: Australian Gold, LLC / Cal Tan, LLC / Designer Skin, LLC /

Helios, LLC / Sunshine Manufacturing, LLC

From: Cathy Glosser [mailto:cglosser@trumporg.com]
Sent: Friday, August 03, 2012 12:27 PM
To: Steve Hilbert; Scott Matthews
Cc: Melania Trump; Jonathan Gross
Subject: RE: Melania deal

I just wanted to touch base on my email below. We look forward to hearing your thoughts as soon as possible in order to keep things moving. Thanks and hope you have a great weekend.

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

From: Cathy Glosser
Sent: Wednesday, August 01, 2012 10:00 AM
To: Steve Hilbert; 'Scott Matthews'
Cc: Melania Trump; Jonathan Gross
Subject: Melania deal

Good morning. I wanted to touch base regarding a couple of business items in the draft we received from you yesterday.

TRUMP009437

Melania is fine with a "reasonable" quantity of product for her personal use. She is also fine with each personal appearance being between 1-2 hours.

Regarding the initial shipment, based on all that has been discussed and the opportunity to appear on the Celebrity Apprentice, we are not comfortable with your language that you "anticipate" launching in the spring of 2013. We have never used nebulous language such as this in our contracts and really fully expect that you will be launching in the spring. Do you have a sense of the air date for your Apprentice episode? Please let us know your thoughts so that we may define a date for launch and update the draft and get the deal signed as soon as possible.

Thanks very much and we look forward to hearing back from you.

Best,

Cathy

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

Document ID: 0.7.155.7995

| | |
|---|---|
| From: | Cathy Glosser </o=trump org/ou=first administrative group/cn=recipients/cn=cglosser> |
| To: | Melania Trump </o=trump org/ou=first administrative group/cn=recipients/cn=mt> |
| Cc: | |
| Bcc: | |
| Subject: | RE: New Sunshine sell off period |
| Date: | Fri Jul 20 2012 10:53:48 EDT |
| Attachments: | image001.png |

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

From: Melania Trump
Sent: Friday, July 20, 2012 10:52 AM
To: Cathy Glosser
Subject: Re: New Sunshine sell off period

From: Cathy Glosser
Sent: Friday, July 20, 2012 10:50 AM
To: Melania Trump
Subject: New Sunshine sell off period

Melania,

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

From:        Melania Trump </o=trump org/ou=first
                   administrative group/cn=recipients/cn=mt>
To:           Cathy Glosser </o=trump org/ou=first
                   administrative group/cn=recipients/cn=cglosser>
Cc:
Bcc:
Subject:     Re: New Sunshine sell off period
Date:        Fri Jul 20 2012 10:51:56 EDT
Attachments:  image001.png



From: Cathy Glosser
Sent: Friday, July 20, 2012 10:50 AM
To: Melania Trump
Subject: New Sunshine sell off period

Melania,

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

Best, MT

Sent from my iPhone

On Jul 2, 2012, at 8:30 PM, "Cathy Glosser" <cglosser@trumporg.com> wrote:

Melania,



Thanks very much.



Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

**TRUMP009445**

From:         Melania Trump </o=trump org/ou=first
              administrative group/cn=recipients/cn=mt>
To:           Cathy Glosser </o=trump org/ou=first
              administrative group/cn=recipients/cn=cglosser>
Cc:
Bcc:
Subject:      Re:
Date:         Mon Apr 23 2012 13:10:38 EDT
Attachments:

Thank you!
Best,
Melania

----- Original Message -----
From: Cathy Glosser
Sent: Monday, April 23, 2012 01:05 PM
To: Melania Trump
Subject: RE:

Melania,

Thanks so much!
I hope all is well with you.

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931
cglosser@trumporg.com | trump.com

-----Original Message-----
From: Melania Trump
Sent: Monday, April 23, 2012 1:03 PM
To: Cathy Glosser
Subject:

Cathy,
You look fantastic and did great job last night!
Best,
Melania

From:          Melania Trump </o=trump org/ou=first
                administrative group/cn=recipients/cn=mt>
To:             Cathy Glosser </o=trump org/ou=first
                administrative group/cn=recipients/cn=cglosser>
Cc:
Bcc:
Subject:       Re: New Sunshine
Date:          Wed Feb 29 2012 14:38:51 EST
Attachments:   image001.png

Ok. Thx!


From: Cathy Glosser
Sent: Wednesday, February 29, 2012 02:38 PM .
To: Melania Trump
Cc: Jonathan Gross
Subject: RE: New Sunshine


Terrific.  We will give you a call then.  Thanks!




Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com


From: Melania Trump
Sent: Wednesday, February 29, 2012 2:38 PM
To: Cathy Glosser
Cc: Jonathan Gross
Subject: Re: New Sunshine


Cathy, yes I am free at 11am. At # 212.832 0131.
Thank you!
Best,
Melania

From: Cathy Glosser
Sent: Wednesday, February 29, 2012 02:36 PM
To: Melania Trump
Cc: Jonathan Gross
Subject: New Sunshine

Melania,


Would you be free to speak with me and Jonathan tomorrow morning at 10:30 or 11AM about outstanding matters on the New Sunshine deal?

Please let us know.  Thanks very much.




Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

| From: | Amy Steinfeldt </o=trump org/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=asteinfeldt> |
| To: | Hicks, Robert <rhicks@taftlaw.com>; Jonathan Gross </o=trump org/ou=first administrative group/cn=recipients/cn=jgross>; Scott Matthews <scott.matthews@newsunshinellc.com> |
| Cc: | Alexis Robinson </o=trump org/ou=first administrative group/cn=recipients/cn=arobinson> |
| Bcc: | |
| Subject: | RE: Melania |
| Date: | Wed Feb 22 2012 14:40:06 EST |
| Attachments: | image001.gif |
| | image002.gif |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |

Great, I will forward new details to all. Thanks for switching the day.

Amy Steinfeldt
Licensing Coordinator
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3248 | f. 212.715.7207

asteinfeldt@trumporg.com | trump.com

———

From: Hicks, Robert [mailto:RHicks@taftlaw.com]
Sent: Wednesday, February 22, 2012 2:38 PM
To: Amy Steinfeldt; Jonathan Gross; Scott Matthews
Cc: Alexis Robinson
Subject: RE: Melania

Perfect

Taft /

Robert J. Hicks / Partner
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Tel: 317.713.3500 • Fax: 317.713.3699
Direct: 317.713.3465 • Cell: 317.997.7779
www.taftlaw.com / RHicks@taftlaw.com

-----

From: Amy Steinfeldt [mailto:asteinfeldt@trumporg.com]
Sent: Wednesday, February 22, 2012 2:39 PM
To: Jonathan Gross; Hicks, Robert; Scott Matthews
Cc: Alexis Robinson
Subject: RE: Melania

Great, if this works for Robert I will send out a new meeting invite to all with a conference call number.

Thanks!

Amy Steinfeldt
Licensing Coordinator
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3248 | f. 212.715.7207

asteinfeldt@trumporg.com | trump.com

-----

From: Jonathan Gross
Sent: Wednesday, February 22, 2012 2:37 PM
To: Amy Steinfeldt; Hicks, Robert; Scott Matthews
Cc: Alexis Robinson
Subject: RE: Melania

10am is fine for me.

Jonathan E. Gross
Assistant General Counsel
The Trump Organization

725 Fifth Avenue | New York, NY | 10022
p. 212.836.3251 | f. 212.836.3202

jgross@trumporg.com | trump.com

_____

From: Amy Steinfeldt
Sent: Wednesday, February 22, 2012 2:35 PM
To: Hicks, Robert; Jonathan Gross; Scott Matthews
Cc: Alexis Robinson
Subject: RE: Melania

Cathy is also tied up from 11:00am to 1:30pm. Does 10:00am work for all, if not I suggest moving this to Friday?

Thanks,

Amy

Amy Steinfeldt
Licensing Coordinator
725 Fifth Avenue | New York, NY | 10022
p. 212.836.3248 | f. 212.715.7207

asteinfeldt@trumporg.com | trump.com

_____

From: Hicks, Robert [mailto:RHicks@taftlaw.com]
Sent: Wednesday, February 22, 2012 2:32 PM
To: Jonathan Gross; Scott Matthews
Cc: Amy Steinfeldt; Cathy Glosser; Alexis Robinson
Subject: RE: Melania

I can do it except from 2 until 4. So, it looks like we are blocked out between 2 and 5.

Taft /

Robert J. Hicks / Partner
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Tel: 317.713.3500 • Fax: 317.713.3699
Direct: 317.713.3465 • Cell: 317.997.7779
www.taftlaw.com / RHicks@taftlaw.com

_____

From: Jonathan Gross [mailto:jgross@trumporg.com]
Sent: Wednesday, February 22, 2012 2:32 PM
To: Scott Matthews; Hicks, Robert
Cc: Amy Steinfeldt; Cathy Glosser; Alexis Robinson
Subject: RE: Melania

Unfortunately I am told Cathy is not feeling well and won't be able to participate today, so we will need to reschedule for tomorrow.

Amy, can you please coordinate a time as Alex is out today. I can do it anytime except between 4 and 5.

Jonathan E. Gross
Assistant General Counsel
The Trump Organization

725 Fifth Avenue | New York, NY | 10022

p. 212.836.3251 | f. 212.836.3202

jgross@trumporg.com | trump.com

---

From: Scott Matthews [mailto:Scott.Matthews@newsunshinellc.com]
Sent: Tuesday, February 21, 2012 3:29 PM
To: Jonathan Gross; 'Hicks, Robert'
Subject: RE: Melania

Works for me

From: Jonathan Gross [mailto:jgross@trumporg.com]
Sent: Tuesday, February 21, 2012 3:12 PM
To: Scott Matthews; 'Hicks, Robert'
Subject: RE: Melania

Let's do it at 3pm NY time tomorrow. Please confirm that time works.

Jonathan E. Gross
Assistant General Counsel
The Trump Organization

725 Fifth Avenue | New York, NY | 10022
p. 212.836.3251 | f. 212.836.3202

jgross@trumporg.com | trump.com

---

From: Scott Matthews [mailto:Scott.Matthews@newsunshinellc.com]
Sent: Tuesday, February 21, 2012 11:24 AM
To: 'Hicks, Robert'; Jonathan Gross

Subject: RE: Melania

Anytime tomorrow works for me . Thanks

Scott

From: Hicks, Robert [mailto:RHicks@taftlaw.com]
Sent: Tuesday, February 21, 2012 11:17 AM
To: Scott Matthews
Subject: FW: Melania

11:30 doesn't work for me but I could be free any time tomorrow.

Taft /

Robert J. Hicks / Partner
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Tel: 317.713.3500 • Fax: 317.713.3699
Direct: 317.713.3465 • Cell: 317.997.7779
www.taftlaw.com / RHicks@taftlaw.com

Internal Revenue Service Circular 230 Disclosure: As provided for in Treasury regulations, advice (if any) relating to federal taxes that is contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
### ### ###

From: Jonathan Gross [mailto:jgross@trumporg.com]
Sent: Tuesday, February 21, 2012 11:17 AM
To: Scott Matthews; Hicks, Robert
Subject: RE: Melania

It looks like the only time that would work today for the three people on my end would be 11:30 NY time (15 minutes from now). Sorry for the last minute on that. If that time does not work for you today, what times would work tomorrow?

Jonathan E. Gross
Assistant General Counsel
The Trump Organization

725 Fifth Avenue | New York, NY | 10022
p. 212.836.3251 | f. 212.836.3202

jgross@trumporg.com | trump.com

_____

From: Scott Matthews [mailto:Scott.Matthews@newsunshinellc.com]
Sent: Monday, February 20, 2012 6:57 PM
To: Jonathan Gross
Subject: Re: Melania

Sorry. Intellectual property

Sent from my iPhone

On Feb 20, 2012, at 6:51 PM, "Jonathan Gross" <jgross@trumporg.com> wrote:

I will see if they are available. Did you mean IT as in computer/information technology or did you mean intellectual property?

_____

Jonathan E. Gross
Assistant General Counsel
The Trump Organization
725 Fifth Avenue
New York, NY 10022
(o) (212) 836-3251
(f) (212) 836-3202
JGross@TrumpOrg.com

_____

From: Scott Matthews [mailto:Scott.Matthews@newsunshinellc.com]
Sent: Monday, February 20, 2012 05:49 PM
To: Jonathan Gross
Cc: Hicks, Robert <RHicks@taftlaw.com>
Subject: Melania

Jonathan,

Do you have tome tomorrow to have a call with me and Bob Hicks, our outside counsel, to discuss the contract. We thought talking through some of these issues would be beneficial. Would need Cathy and probably your IT guy.

Scott Matthews

General Counsel

<image001.jpg>

6270 Corporate Drive, Suite 250

Indianapolis, IN 46278

Direct: (317) 554-3685

Facsimile: (317) 554-3449

New Sunshine, LLC Divisions: Australian Gold, LLC / Cal Tan, LLC / Designer Skin, LLC /

Helios, LLC / Sunshine Manufacturing, LLC

This e-mail message, and any attachments to it, are for the sole use of the intended recipients, and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this email message or its attachments is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, while the company uses virus protection, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

TRUMP009461

From:           Aimee Preston </o=trump org/ou=first
                    administrative group/cn=recipients/cn=apreston>
To:             Cathy Glosser </o=trump org/ou=first
                    administrative group/cn=recipients/cn=cglosser>
Cc:            Melania Trump </o=trump org/ou=first
                    administrative group/cn=recipients/cn=mt>
Bcc:
Subject:     Re: New Sunshine
Date:        Mon Sep 26 2011 14:45:01 EDT
Attachments:  image001.gif
                image002.gif

Will do.

Thanks!

Aimee Preston
Executive Assistant to Mrs. Melania Trump
725 5th Ave 15th Floor New York, New York 10022
apreston@trumporg.com
www.facebook.com/melaniatrump

———

From: Cathy Glosser
To: Aimee Preston
Cc: Melania Trump
Sent: Mon Sep 26 14:43:21 2011
Subject: RE: New Sunshine

He said he didn't receive anything so if you could send again that would be great.  Can you please cc
me as well?  Thanks.

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

———

From: Aimee Preston

From: Allen Weisselberg
Sent: Wednesday, September 14, 2011 10:34 AM
To: Melania Trump
Cc: Cathy Glosser; Jonathan Gross
Subject: Re: Steve Hilbert update


I like 25 and 15

On Sep 14, 2011, at 10:08 AM, "Melania Trump" <mt@trumporg.com> wrote:

Thx!
What do you think about 20% royalty 20% company? Thx!


———

From: Cathy Glosser
To: Melania Trump; Allen Weisselberg
Cc: Jonathan Gross
Sent: Wed Sep 14 09:52:46 2011
Subject: Steve Hilbert update

I just heard from Steve and he has presented a few options to consider.


1.30% royalty only deal (defined as gross less returns only)
2.20% royalty and 20% of the company
3.25% royalty and 15% of the company
4.15% royalty and 25% of the company


Steve said that at least initially, they plan on reinvesting the cash that is made into the company to help advertise, promote and grow the business.

In regards to an advance, I pushed Steve on this and he really does not want to pay anything. He said that any of the above options are more generous than another company would offer.


Please let me know your thoughts so that I may get back to Steve. Thank you.

| From: | Melania Trump </o=trump org/ou=first administrative group/cn=recipients/cn=mt> |
|---|---|
| To: | Cathy Glosser </o=trump org/ou=first administrative group/cn=recipients/cn=cglosser> |
| Cc: | |
| Bcc: | |
| Subject: | Re: Steve Hilbert |
| Date: | Tue Sep 13 2011 11:15:09 EDT |
| Attachments: | image002.gif |

Thank you!

———

From: Cathy Glosser
To: Melania Trump
Sent: Tue Sep 13 11:14:09 2011
Subject: Steve Hilbert

Melania,

Allen thinks it is important for you to get some equity in the deal. If there is great success then you will benefit from the sale of the company. I spoke with Steve again and he understands and is coming back to me with updated numbers.

In regards to an advance, Steve indicated that when he spoke with Donald about a possible advance it was in regards to a straight royalty only deal, not a split equity/royalty deal. I plan on speaking further with Steve about this but think we need to get through the first point we are working on and then we can revisit.

I will update you as soon as I receive more information. Thanks.

Cathy Hoffman Glosser
Executive Vice President Global Licensing
725 Fifth Avenue | New York, NY | 10022
p. 212.715.7293 | f. 212.715.7207 | c. 646.660.3931

cglosser@trumporg.com | trump.com

| From: | Allen Weisselberg </o=trump org/ou=first administrative group/cn=recipients/cn=weisselberg> |
|---|---|
| To: | Cathy Glosser </o=trump org/ou=first administrative group/cn=recipients/cn=cglosser> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Steve Hilbert |
| Date: | Tue Sep 13 2011 10:00:14 EDT |
| Attachments: | image001.gif |

This takes away Melania's ability to receive any of the upside derived from the sale of the company. I believe Donald and I as well think this company could have value someday and it would be nice to see if Melania could share in that upside potential. .Can you go back and try to get between 15 and 20 percent royalty and 25 % of net profits both from operations as well as from the sale etc. of the company?

Allen Weisselberg
Executive Vice-President/Chief Financial Officer

725 Fifth Avenue | New York, NY | 10022
p. 212.715.7224 | f. 212.832.5396

weisselberg@trumporg.com | trump.com

–––––

From: Cathy Glosser
Sent: Tuesday, September 13, 2011 9:34 AM
To: Melania Trump; Allen Weisselberg
Cc: Jonathan Gross
Subject: Steve Hilbert

I heard from Steve with an update and he thinks the simplest way of structuring this deal is to do a straight licensing deal. He is willing to offer Melania a 30% royalty which would be defined as the wholesale price minus returns only.

Please confirm if this works and we can get going on drafting an agreement.