UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, ) | |
| NEW SUNSHINE, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 1:13-cv-00873-JMS-DML |
| ) | |
| MELANIA MARKS SKINCARE, LLC, ) | |
| ) | |
| Defendant. ) | |

## Order Setting Discovery Hearing

This case is set for hearing on **Tuesday, October 22, 2013, at 10:00 a.m.,** in Room 272, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Debra McVicker Lynch. The purpose of the hearing is to resolve any remaining discovery disputes the parties have not, through their own good faith efforts, been able to resolve. Counsel shall confer and, by 5:00 p.m. on October 21, 2013, file a statement that briefly lists (without argument) those disputes. Counsel must be prepared to present all arguments regarding those disputes at the hearing.

The magistrate judge is aware, on the basis of recent filings, that the parties may continue to have a dispute regarding the plaintiffs' Second Request for Production of Documents. Although the documents themselves may not have been produced by the hearing, the court nevertheless directs the defendant to serve its written response to the requests on plaintiffs' counsel in advance of the parties'

October 21, filing, so that the court can resolve any remaining objections at the hearing.

Counsel shall advise the court as soon as possible if the hearing will not be necessary.

IT IS SO ORDERED.

Date: __10/18/2013__

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system