UNITED STATES DISTRICT COURT
SOUTHERN DISTRCIT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC AND NEW SUNSHINE, LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| -v- | ) ) | CASE NO. 1:13-CV-00873-JMS-DML |
| MELANIA MARKS SKINCARE, LLC, | ) ) | |
| Defendant. | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Stephen C. Hilbert (non-party subpoena recipient).

Dated:  October 21, 2013                                Respectfully submitted:

_____/s/ __Martin T. Tully_____
Martin T. Tully
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: martin.tully@kattenlaw.com

*Counsel for Non-Party Stephen C. Hilbert*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of October, 2013, a copy of foregoing was filed electronically. Notice of this filing will be sent CM/ECF system.

                    ___*/s/* Martin T. Tully _____
                      Martin T. Tully