Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MANHATTAN DIVISION
----------------------------------------x
MERCHANT CAPITAL, LLC and
NEW SUNSHINE, LLC,

                Plaintiffs,

   -against-

MELANIA MARKS SKINCARE, LLC,

                Defendant.

Cause No.: 1:13-cv-00873-JMS-DML
----------------------------------------x


                725 Fifth Avenue
                New York, New York

                September 11, 2013
                9:02 a.m.


    DEPOSITION of MELANIA TRUMP, the WITNESS in the above-entitled action, held at the above time and place, taken before Darby Ginsberg, a Shorthand Reporter and Notary Public of the State of New York.



1     that I did that they promised they will
2     honor, they didn't.
3  BY MR. TYRA:
4     Q.  **And to your knowledge, what has New**
5  **Sunshine done to honor the contract?  And are**
6  **there certain things they are supposed to perform**
7  **under the contract that they have done?**
8        MR. FUNK:  Again, I am going to object
9     to the question again because it goes beyond
10    the scope of the discovery based on the
11    issues of this case, and the issues are
12    whether the license agreement is enforceable
13    or not; and secondly, whether Merchant
14    Capital has tortiously interfered.  And I
15    don't think this question goes to either of
16    those issues.  So I am going to instruct
17    Mrs. Trump not to answer.
18        MR. TYRA:  Certify.
19 BY MR. TYRA:
20    Q.  **There was an article that came out that**
21 **said that you felt personally embarrassed over**
22 **the suit.  Could you tell us about how you were**
23 **personally embarrassed by this litigation?**
24    A.  The way I promoted the line, the way I
25 was out there in public promoting the line,