Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MERCHANT CAPITAL, LLC AND    )
NEW SUNSHINE, LLC,           )
                             )
         Petitioners,        )
                             )
         -v-                 ) CASE NO.
                             ) 1:13-CV-00873-JMS-DML
MELANIA MARKS SKINCARE, LLC, )
                             )
         Defendant.          )

The deposition upon oral examination of TOMISUE HILBERT, a witness produced and sworn before me, Melanie S. Goodes, RPR, Notary Public in and for the County of Hamilton, State of Indiana, taken on behalf of the Plaintiffs at the offices of Pence Hensel, LLC, 135 N. Pennsylvania Street, Suite 1600, Indianapolis, Indiana, on October 9, 2013, at 4:13 p.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
One Indiana Square
Suite 2425
Indianapolis, IN  46204
(317)237-3773



EXHIBIT G

1   world renown television shows with no product is
2   totally unprofessional.
3       And it was at the doing of John Menard, and
4   all because I wouldn't have sex with he and his
5   wife. And he said that if I did not have sex with
6   her and him, there would be financial consequences.
7   And when John Menard doesn't get what he wants and
8   you tell him no -- I think everybody at this table
9   has either read about him or knows him. And if
10  they do know him, they know that he doesn't take no
11  well. And I did not go through with his perverted
12  sexual desires, and, for that, here we are with
13  financial consequences.
14      MR. TYRA: Ms. Pence, I assume this is part of
15  how we're supposed to be restricted to talking
16  about this case, is that correct?
17      MS. PENCE: You're the one that asked the
18  question about how did...
19  BY MR. TYRA:
20  Q   **By the way, when you go to New York, where would**
21      **you stay?**
22  A   Sometimes at the Trump Tower and sometimes at the
23      Four Seasons, just kind of depends where we could
24      get in.
25  Q   **How would you get there?**