Tomisue Hilbert
June 2, 2011

Page 1

STATE OF WISCONSIN      CIRCUIT COURT      EAU CLAIRE COUNTY

BRANCH 2

DEBRA K. SANDS,                    )
                                   )
   Plaintiff/Counter-Defendant,    )
                                   )
          -vs-                     )
                                   )
JOHN R. MENARD, JR.;               ) CASE NO. 08 CV 990
MENARD, INC.;                      )
MENARD THOROUGHBREDS, INC.;        )
and MH PRIVATE EQUITY FUND,        )
LLC,                               )
                                   )
   Defendants/Counter-Plaintiffs.)


        VIDEOTAPED DEPOSITION OF TOMISUE HILBERT


     The videotaped deposition upon oral
examination of TOMISUE HILBERT, a witness produced
and sworn before me, Jenny L. Reeve, RPR, CSR No.
00-R-3006, a Notary Public in and for the County of
Hamilton, State of Indiana, taken on behalf of the
Defendants/Counter-Plaintiffs at the offices of
Taft Stettinius & Hollister, 3500 One Indiana
Square, Indianapolis, Marion County, Indiana, on
the 2nd day of June, 2011, at 9:48 a.m., pursuant
to the Wisconsin Rules of Trial Procedure, all
applicable rules, all stipulations, if any, and
pursuant to notice and/or agreement and/or subpoena
as to time and place thereof.



Connor Reporting
1650 One American Square
Indianapolis, IN 46282
(317) 236-6022



1d93822e-bd0a-4f95-94e6-938c9a78a86c

Tomisue Hilbert
June 2, 2011

## Page 114

1    AFTERNOON SESSION
2
3       THE VIDEOGRAPHER: This begins tape four. We
4    are on the record. The time is 1:33.
5
6  EXAMINATION BY MR. DANIEL R. SHULMAN:
7  Q   Ms. Hilbert, would you please state your age.
8  A   I am 41 years old.
9  Q   And would you state, please, your educational
10    background.
11  A   I grew up on the west side. Went to Ben Davis High
12    School. I dropped out of school when I was in
13    10th grade.
14       I, after that, several years after that, was
15    blessed to be tutored by some of the greatest
16    tutors, and was privately educated, and have studied
17    under a -- a lot of great businessmen, and been
18    taught, and learned, by some of the best.
19  Q   And do you have a high school degree?
20  A   I do not. In the school of hard knocks.
21  Q   And did this tutoring and being educated by
22    businesspeople, was that after you met your husband?
23  A   It was.
24  Q   Okay. What was your -- would you state your
25    employment history and experience before you met

## Page 115

1    your husband.
2  A   I sure can. When I was 11 years old, I got my first
3    job as a waitress. I was a -- a carhop, a waitress
4    on roller skates at Bill's Fabulous '50s. I worked
5    there from the time that I was 11 years old 'til I
6    was 18 years old.
7       I then became a Nascar girl, and I started
8    doing public relations for Nascar. Would go to the
9    Dayton 500 to the Talladega for the Allison family.
10       And then, after that, I got pregnant. I was a
11    single mother. Raised my child by myself with no
12    income. And then I became a topless dancer for a
13    short period of time.
14       And then, after that, I married my husband.
15    Managed our home. Started Hilbert Thoroughbreds,
16    Decatur Vein. We had a list of clinics. Built our
17    home in St. Martin. Managed it.
18       Let's see. What --
19  Q   For what --
20  A   -- other one --
21  Q   -- period of -- I'm sorry. Are you finished?
22  A   No.
23  Q   Okay.
24  A   Or yes. Sorry. I was trying to think if I had --
25    got any other business.

## Page 116

1  Q   And for what period of time were you a topless
2    dancer.
3  A   From the time I was about 19 to 23, off and on, not
4    continuously.
5  Q   Is that how you met your husband?
6  A   Yes.
7  Q   Now, you said that you were involved with various
8    businesses I want to ask you about. One is Chateau
9    des Palmieres? Did I get that right?
10  A   Yeah, Chateau des Palmieres.
11  Q   Des Palmieres.
12  A   Yeah.
13  Q   That is the house in the -- in St. Martin?
14  A   Yes.
15  Q   And the income -- the only income from that property
16    is rental income?
17  A   Yes.
18  Q   Are you still trying to sell it?
19  A   We are.
20  Q   And it's been on the market now for how long?
21  A   Oh, I would say a year, little over a year.
22  Q   And what -- what percentage of your time do you
23    spend, can you estimate, in connection with your
24    work for the Chateau des Palmieres?
25  A   On what? Exactly what are you asking me?

## Page 117

1  Q   How much of your --
2  A   I'm sorry.
3  Q   How much of your working time do you spend with
4    Chateau des Palmieres?
5  A   Pretty much about I would say every -- every other
6    day on communications, on making sure that
7    everything's stocked at our house, all the products,
8    so if renters come, that we have everything there
9    to supply. So if somebody like yourself came and
10    rented it, you'd be very happy once you arrived.
11       And make sure that everybody there is, of
12    course, you know, coming to work. I talk with the
13    manager, make sure that everybody's doing what
14    they're supposed to be doing. And so ...
15  Q   So -- and this is activity that's every other day?
16  A   About every other day.
17  Q   How many hours would you say that takes --
18  A   Not --
19  Q   -- in a day?
20  A   Not a lot. I'd say probably half an hour.
21  Q   Okay.
22  A   Just going over checklists.
23  Q   Okay. Now, you also mentioned Decatur Vein. You
24    said you're the president of Decatur Vein?
25  A   Yes.

Connor Reporting
www.connorreporting.com                    (317)236-6022

1d93822e-bd0a-4f95-94e6-938c9a78a86c