# Stephen C. Hilbert, Vol. II

## Sands v. Menard

### December 3, 2010

Connor Reporting
1650 One American Square
Indianapolis, IN  46282
(800)554-3376
(317)236-6022
www.connorreporting.com



EXHIBIT B

Stephen C. Hilbert, Vol. II
December 3, 2010

Page 259

1  A  It is.
2  Q  And approximately how many times did they -- did
3     they visit you there?
4  A  Oh, I couldn't tell you the exact amount of
5     time, but several.
6  Q  During the -- your relationship was close for
7     roughly three years, I think you've said?
8  A  Yes. Multiple times during that three-year
9     period.
10 Q  Like once or twice a year?
11 A  Yes.
12 Q  And what is the -- is this a brochure that you
13    caused to be prepared?
14 A  It is.
15 Q  And was there a reason for this?
16 A  Yeah, because we -- we -- we rent the home when
17    we aren't there. We only spend five weeks or so
18    a year there.
19 Q  So this is like a brochure to attract renters?
20 A  It is. We actually have the home for sale right
21    now, but -- so there's actually a better
22    brochure, if you're interested.
23 Q  What's -- what's the asking price?
24 A  $29 million. Cheap at twice the price.
25 Q  You're out of my price range.

Page 260

1     You also mentioned that -- that when
2     you're -- that the event that -- apart from the
3     lunch that got your relationship kind of off and
4     running when it led into business was when you
5     went to Florida to, I think you said, the home
6     of your dear friend Donald Trump; correct?
7  A  I'm not sure I said dear friend, but to Trump's
8     home, yes. He is a dear friend. But yes.
9  Q  Okay. Let me show --
10    MR. SHULMAN: Let me ask the reporter to
11 mark as Exhibit 604 this document, which is a
12 copy of a photograph.
13    MR. KEMPF: It's a picture show. Great.
14    (Plaintiff's Deposition Exhibit(s) 604 was
15 marked for identification.)
16 BY MR. SHULMAN:
17 Q  Do you recognize Exhibit 604?
18 A  I -- I do.
19 Q  And can you tell us what it is?
20 A  It's Donald's favorite photo.
21 Q  Is this a portrait or a --
22 A  It's a -- it's a portrait.
23 Q  Okay. And is this a portrait of Mr. Trump that
24    hangs in his -- in the Florida residence where
25    you --

Page 261

1  A  This hangs in --
2  Q  -- with -- with --
3  A  This -- this hangs in the bar of Mar-a-Lago.
4  Q  Okay. And that is the place where Deb and John
5     came to visit you in Florida in December 2003?
6  A  That is right.
7  Q  I -- are you aware that Mr. Menard harbored
8     any -- or harbors any suspicions about the
9     propriety of your relationship with Ms. Sands?
10    MR. FREEBORN: Object to form.
11 A  Not to my knowledge.
12 Q  Okay. I want to read you some deposition
13    testimony. Again, this is at page 109, line --
14    I'm going to start at line 14. And the question
15    quotes from a document that you sent, which
16    we'll get to later.
17    It says, "Question: He says, 'Deb, as I've
18    said more than once, your dedication and
19    attention to detail in pro- -- in protecting
20    John while at the same time being fair is deeply
21    appreciated and admired.'
22    "Question:" And then I -- "Did you think
23    she was protecting you?
24    "MR. NORTON: Object to the form, asked and
25    answered.

Page 262

1     "Mr. Menard" -- or "Answer: Protecting me
2     from what?
3     "Question: Protecting you in the deal,
4     looking out for your interests.
5     "Answer: At the time or now?
6     "Question: Let's say at the time.
7     "Answer: At the time, yeah. Now, I don't
8     think so.
9     "Question: Why not?
10    "Answer: Because a lot more has come to
11 light about the relationship between Steve and
12 Deb and --
13    "Question: What's come to light?
14    "Answer: What's come to light?
15    "Question. Yeah. That you didn't know
16 about, that relationship.
17    "Answer: Well, the fact that she was
18 trying to convince me to do the deal at the same
19 time she was taking money from Steve. And, you
20 know, she worked both ends of that deal on -- on
21 these with this Steve guy. Okay. I mean,
22 there's --
23    "Question: Have you talked to him about
24 this?
25    "Answer: No.