Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MANHATTAN DIVISION
------------------------------------------x
MERCHANT CAPITAL, LLC and
NEW SUNSHINE, LLC,

              Plaintiffs,

    -against-

MELANIA MARKS SKINCARE, LLC,

              Defendant.

Cause No.: 1:13-cv-00873-JMS-DML
------------------------------------------x

              725 Fifth Avenue
              New York, New York

              September 11, 2013
              9:02 a.m.

    DEPOSITION of MELANIA TRUMP, the WITNESS in the above-entitled action, held at the above time and place, taken before Darby Ginsberg, a Shorthand Reporter and Notary Public of the State of New York.


EXHIBIT C

Page 133

1  putting my name on it, my brand on it, it was
2  embarrassment. I was on the biggest shows all
3  over the -- airing all over the world, that
4  saying the products in the stores what New
5  Sunshine promised it will be in stores that days
6  before I appear on those TV shows, and they were
7  not; to telling people you could buy the product
8  in Lord & Taylor, and they didn't ship it. It
9  was not there. That's embarrassment. That's
10 unacceptable.
11     Q. Do you know if product has ever been
12 shipped to Lord & Taylor?
13     A. It was.
14     Q. Other than the jewelry and timepieces
15 line and the skin care line, have you considered
16 any other product lines under your brand?
17     A. I was in talks with, yes. With -- I was
18 approached with to do other lines and other
19 products.
20     Q. For what other kind of products?
21     A. Home ware, children's wear, everything
22 for home, from linens to furniture, to the
23 decoration.
24     Q. And with whom did you have those
25 conversations?

Page 134

1     A. I don't recall the names. I forgot the
2  name. I have -- I don't remember the name of the
3  companies.
4     Q. Did any of those discussions go very far
5  or did they sort of stop after initial contact?
6     A. They didn't go far.
7     Q. Did you ever talk to Jonathan Gross
8  about making sure the license agreement got
9  signed regardless of whether Jonathan was
10 satisfied with his due diligence of New Sunshine?
11    A. I needed to be satisfied with everything
12 what is in, and Jonathan was the attorney who put
13 the papers together and with the right language.
14    Q. When was the last time you had been in
15 communication with either Steve or Tomisue
16 Hilbert?
17    A. Over -- over summer, just how are your
18 boys doing? How is your boys doing? That's all.
19    Q. Any other contact with them since then?
20    A. No.
21    Q. Other than -- was that, what, an e-mail
22 or a text?
23    A. Phone call.
24    Q. Phone call.
25       Other than that in 2013, anything, any

Page 135

1  other contacts?
2     A. No.
3     Q. So since the beginning of 2013, as best
4  you can recall, the one contact you had was a
5  phone call last summer?
6     A. Yes. It was summer.
7     Q. Do you know if in 2013 your husband has
8  had any contact with the Hilberts?
9     A. I don't know.
10    Q. Now, as far as the e-mail account, and
11 we have seen a few e-mails, for example, between
12 you and Steve Hilbert?
13    A. Yes.
14    Q. That's your personal e-mail account?
15    A. My personal.
16    Q. All right. And --
17    A. And business. I use one for everything.
18    Q. And is that e-mail account through the
19 Trump Organization or do you have a separate
20 e-mail account that's outside of the Trump
21 Organization?
22    A. I have another e-mail account just for
23 actually computer, like nothing to do with my
24 stuff and what I do. Like business and stuff.
25 So I have another account.

Page 136

1     Q. And the personal e-mails you would have
2  with Steve Hilbert, so on, would you have saved
3  those or archived those somewhere or do you
4  simply delete them if you know?
5     A. I don't save them. I don't delete it.
6  Just goes by when, you know, when it's full, it
7  goes by. It's just like the way like, you know,
8  here. That's all.
9     Q. And but, for example, any of the
10 e-mails, would you have turned those over to
11 anybody, either to your attorneys or are they
12 stored anywhere or do they simply delete after a
13 period of time?
14    A. They delete after a period. I didn't
15 save them. I didn't delete them. I didn't think
16 anything to, you know, what's to -- what's to be
17 saved? What's to be deleted? I mean, it's not,
18 you know, thinking about that because everything
19 very clean and normal.
20    Q. The book that Angie Provo had provided
21 at that initial meeting, did you keep that?
22    A. Yes.
23    Q. Okay. So you have got that around
24 somewhere?
25    A. I have it.