

## EXPERIENCE THE JEWEL IN ST. MARTIN'S CROWN



Dear Valued Trump Loyalist,

I am delighted to share with you that I have just acquired Le Chateau des Palmiers, a spectacular private estate situated on five acres on Plum Bay Beach on St. Martin in the French West Indies. By all accounts Le Chateau des Palmiers is considered to be one of the greatest mansions in the world.

I invite you to experience this exquisite Caribbean oceanfront residence which blends the elegance of a private chateau with the service of a five–star resort. Attention to detail defines Le Chateau des Palmiers, from the graciously appointed accommodations to the luxurious amenities, including:



- Oceanside villa with 10 bedrooms
- Heated outdoor pool, tennis court, fitness center and putting green
- Personal chef offering world-class dining
- Butler and daily laundress/ housekeeping

Le Chateau des Palmiers is available for weekly rentals throughout the year. Our expert staff look forward to welcoming you in the near future.

Sincerely,

*Donald J. Trump*

Donald J. Trump

FOR RESERVATIONS OR MORE INFORMATION,
PLEASE CONTACT 855.801.7392 OR
STMARTIN.RESERVATIONS@TRUMPORG.COM OR
VISIT CHATEAUDESPALMIERS.COM.



TOLL FREE: 855.801.7392 | CHATEAUDESPALMIERS.COM



Click Here to be removed from this list