IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC, and<br>NEW SUNSHINE, LLC | ) <br> ) <br> ) | |
| Plaintiffs and<br>Counterclaim Defendants, | ) <br> ) <br> ) | |
| v. | ) <br> ) | CASE NO. 1:13-cv-0873-JMS-DML |
| MELANIA MARKS SKINCARE, LLC | ) <br> ) | |
| Defendant and<br>Counterclaim Plaintiff. | ) <br> ) | |

### DEFENDANT'S DESIGNATION OF DEPOSITION TESTIMONY OF JONATHAN GROSS TO BE OFFERED INTO EVIDENCE AT TRIAL

The Defendant designates the following testimony set forth in Exhibit A attached hereto from the September 9, 2013 deposition of Jonathan Gross which the Defendant will offer into evidence at trial:

**Preliminary corrections to the transcript dated October 10, 2013 correcting transcription errors on pages 150 and 155**.

**Direct-Examination by Mr. Tyra**

Page 1 ................................................................. Lines 1-10
Page 11 ............................................................... Lines 13-25
Page 12 ............................................................... Lines 1-25
Page 13 ............................................................... Lines 1-25
Page 14 ............................................................... Lines 1-25
Page 16 ............................................................... Lines 11-19
Page 18 ....................................................... Lines 3-6; 12-15
Page 19 ............................................................... Lines 18-21
Page 30 ............................................................... Lines 12-25
Page 31 ............................................................... Lines 23-25
Page 32 ............................................................... Lines 1-25

Page 33..................................................................... Lines 1-2
Page 34................................................................... Lines 9-34
Page 36.................................................................... Lines 3-7
Page 38................................................................... Lines 1-18
Page 39................................................................... Lines 7-14
Page 42.................................................................. Lines 23-25
Page 43....................................................................... Line 1
Page 49................................................................... Lines 8-18
Page 63.................................................................. Lines 11-25
Page 64.................................................................... Lines 1-3
Page 65................................................................... Lines 5-18
Page 89.................................................................. Lines 24-25
Page 90................................................................... Lines 1-16
Page 103................................................................ Lines 13-25
Page 104.................................................................. Lines 1-25
Page 105.................................................................. Lines 1-25
Page 106.................................................................. Lines 1-21
Page 107................................................................ Lines 14-25
Page 108.................................................................. Lines 1-19
Page 109.......................................................Lines 6-14; 24-25
Page 110.................................................................. Lines 1-25
Page 111.................................................................. Lines 1-25
Page 133.................................................................. Lines 1-25
Page 134.................................................................. Lines 1-12

**Cross-Examination by Mr. Funk**

Page 141................................................................ Lines 16-25
Page 142.................................................................. Lines 1-25
Page 143.................................................................. Lines 1-25
Page 144.................................................................. Lines 1-25
Page 145.................................................................. Lines 1-25
Page 146.................................................................. Lines 1-25
Page 147.................................................................. Lines 1-25
Page 148.................................................................. Lines 1-25
Page 149.................................................................. Lines 1-25
Page 150.................................................................. Lines 1-25
Page 151.................................................................. Lines 1-25
Page 152.................................................................. Lines 1-25
Page 153.................................................................. Lines 1-25
Page 154.................................................................. Lines 1-25
Page 155.................................................................... Lines 1-9

**Redirect Examination by Mr. Tyra**

Page 157............................................................. Lines 16-25
Page 158............................................................... Lines 1-4

**Recross Examination by Mr. Funk**

Page 162............................................................. Lines 8-25
Page 163............................................................. Lines 1-14
Page 164............................................................... Lines 1-9

Respectfully submitted,

s/ Norman T. Funk
Norman T. Funk, Attorney No. 7021-49
Libby Y. Goodknight, Attorney No. 20880-49
Bryan S. Strawbridge, Attorney No. 29076-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079
Telephone: (317) 636-4341
Facsimile: (317) 636-1507
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

*Counsel for Melania Marks Skincare, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2013, a copy of the foregoing **Defendant's Designation of Deposition Testimony of Jonathan Gross to be Offered into Evidence at Trial** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kevin C. Tyra
THE TYRA LAW FIRM, P.C.
kevin.tyra@tyralaw.net

Jerry M. Padgett
THE TYRA LAW FIRM, P.C.
jerry.padgett@tyralaw.net

Martin T. Tully
KATTEN MUCHIN ROSENMAN LLP
martin.tully@kattenlaw.com

                                                        s/ Norman T. Funk
                                                        Norman T. Funk

KD_5708074_1.DOCX