UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, <br>     *Plaintiffs*, <br><br> *vs.* <br><br> MELANIA MARKS SKINCARE, LLC, <br>     *Defendant.* | ) <br> ) <br> ) <br> )   1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## ORDER

The Court notes that the parties' deposition designations are due to be filed today and, in order to facilitate the Court's review of those designations, **ORDERS** as follows: The parties shall endeavor to reach agreement on all deposition designations and, if agreement is reached, to submit one copy of the deposition transcript of each deponent, with the agreed designations highlighted in yellow, to the Court by **November 6, 2013 at noon**. If agreement cannot be reached, counsel shall submit one copy of the deposition transcript of each deponent with: (a) agreed portions highlighted in yellow; (b) portions to which Plaintiffs object underlined in red; and (c) portions to which Defendant objects underlined in blue, by **November 6, 2013 at noon**. The parties shall provide, in a joint document, their objections to the other party's designations and the legal basis for each objection.

10/28/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**