UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs / Counter-claim <br> Defendants, <br><br> v. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant / Counter-claim <br> Plaintiff. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CAUSE NO.: 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS MERCHANT CAPITAL, LLC AND NEW SUNSHINE, LLC'S
DESIGNATIONS OF DEPOSITION TESTIMONY
TO BE OFFERED INTO EVIDENCE AT TRIAL**

Plaintiffs Merchant Capital, LLC and New Sunshine, LLC ("Plaintiffs"), by counsel, for their Designations of Deposition Testimony to be Offered into Evidence at Trial, state the following:

1. **Deposition of Jonathan Gross**

Plaintiffs designate the following testimony from the September 9, 2013 deposition of Jonathan Gross that they will offer into evidence at trial:

**p. 11**: lines 22-23
**p. 12**: lines 2-25
**p. 13**: lines 1-11 and 17-25
**p. 14**: lines 1-5
**p. 16**: lines 11-19
**p. 17**: lines 22-25
**p. 18**: lines 1-6 and 12-15
**p. 25**: line 25
**p. 26**: lines 1-25
**p. 27**: lines 1-17
**p. 28**: lines 19-22
**p. 29**: lines 17-25

**p. 30**: lines 1-11
**p. 31**: lines 1-5
**p. 38**: lines 1-18
**p. 39**: lines 7-25
**p. 40**: lines 1-24
**p. 43**: lines 6-25
**p. 45**: lines 1-25
**p. 46**: lines 1-7
**p. 47**: lines 10-15
**p. 49**: lines 4-12
**p. 50**: lines 6-11 and 23-25
**p. 51**: lines 1-5
**p. 52**: lines 11-22
**p. 53**: lines 10-19
**p. 65**: lines 9-25
**p. 66**: lines 1-25
**p. 67**: lines 1-9 and 19-25
**p. 68**: lines 1-24
**p. 69**: lines 14-25
**p. 70**: lines 1-10
**p. 71**: lines 2-18
**p. 72**: lines 12-24
**p. 75**: lines 21-25
**p. 76**: lines 16-25
**p. 77**: lines 1-8 and 16-18
**p. 78**: lines 8-21
**p. 79**: lines 11-25
**p. 80**: lines 1-17
**p. 81**: lines 3-7
**p. 82**: lines 1-15 and 21-25
**p. 83**: lines 1-25
**p. 84**: lines 1-25
**p. 85**: lines 1-25
**p. 86**: lines 1-23
**p. 87**: lines 12-25
**p. 88**: lines 1-25
**p. 89**: lines 1-25
**p. 90**: lines 1-25
**p. 91**: lines 1-3
**p. 92**: lines 9-25
**p. 93**: lines 1-8 and 15-25
**p. 94**: lines 1-5
**p. 97**: line 16
**p. 98**: lines 14-25
**p. 99**: lines 1-25
**p. 100**: lines 1-25

**p. 101**: lines 1-3 and 14-25
**p. 102**: lines 1-4
**p. 103**: lines 1-14
**p. 104**: lines 2-25
**p. 105**: lines 1-18
**p. 106**: lines 5-7 and 13-25
**p. 107**: lines 1-10 and 14-25
**p. 108**: lines 1-25
**p. 109**: lines 1-25
**p. 110**: lines 25
**p. 111**: lines 1-25
**p. 112**: lines 4-5 and 13-25
**p. 113**: lines 1-25
**p. 114**: lines 1-25
**p. 115**: lines 1-11 and 18-23
**p. 116**: lines 3-25
**p. 117**: lines 1-2 and 14-25
**p. 118**: lines 1-17 and 22-25
**p. 119**: lines 1-25
**p. 120**: lines 1-22
**p. 121**: lines 3-25
**p. 122**: lines 1-10, 15-18, and 25
**p. 123**: lines 1-25
**p. 124**: lines 1-25
**p. 125**: lines 1-25
**p. 126**: lines 1-25
**p. 127**: line 1
**p. 128**: lines 12-16
**p. 129**: lines 1-25
**p. 130**: lines 1-5
**p. 142**: lines 15-18
**p. 145**: lines 4-10
**p. 157**: lines 16-25
**p. 158**: lines 1-25
**p. 159**: lines 1-11
**p. 160**: lines 19-25
**p. 161**: lines 1-15 and 20-25
**p. 162**: lines 1-5
**p. 163**: lines 3-13
**p. 164**: lines 1-4

2. **Deposition of Melania Trump**

Plaintiffs designate the following testimony from the September 11, 2013 deposition of Melania Trump that they will offer into evidence at trial:

**p. 7**: lines 18-25
**p. 8**: lines 1-8
**p. 9**: lines 6-25
**p. 10**: lines 1-7
**p. 16**: lines 1-9
**p. 17**: lines 6-9
**p. 18**: lines 2-11 and 22-25
**p. 19**: lines 1-4, and 20-25
**p. 23**: lines 14-25
**p. 26**: lines 14-25
**p. 27**: lines 1-10, 15-19, and 23-25
**p. 28**: lines 1-25
**p. 29**: lines 1-8
**p. 30**: lines 19-22
**p. 31**: lines 5-13 and 24-25
**p. 32**: lines 1-16 and 18-25
**p. 33**: lines 1-6
**p. 34**: lines 10-25
**p. 35**: lines 1-25
**p. 36**: lines 1-23
**p. 38**: lines 15-21
**p. 39**: lines 6-21
**p. 41**: lines 9-25
**p. 42**: lines 1-25
**p. 43**: lines 1-22
**p. 44**: lines 6-7
**p. 45**: lines 6-11
**p. 47**: lines 17-22
**p. 48**: lines 15-22
**p. 49**: lines 6-25
**p. 51**: lines 20-25
**p. 52**: lines 1-25
**p. 53**: lines 1 and 10-25
**p. 54**: lines 1-25
**p. 55**: lines 1-7
**p. 57**: lines 3-15
**p. 58**: lines 13-25
**p. 59**: lines 1-25
**p. 60**: lines 1-7
**p. 61**: lines 4-14

**p. 63**: lines 19-25
**p. 64**: lines 1-25
**p. 65**: lines 1-25
**p. 66**: lines 1-25
**p. 67**: lines 1-25
**p. 68**: lines 8-25
**p. 69**: lines 1-25
**p. 70**: lines 1-25
**p. 71**: lines 1-10 and 16-25
**p. 72**: lines 1-25
**p. 73**: lines 1-18
**p. 74**: lines 8-25
**p. 75**: lines 16-25
**p. 76**: lines 1-25
**p. 77**: lines 1-5 and 12-25
**p. 78**: lines 1-25
**p. 79**: lines 1-15
**p. 80**: lines 8-13 and 17-22
**p. 83**: lines 1-25
**p. 84**: lines 1-24
**p. 88**: lines 17-25
**p. 89**: lines 1-3
**p. 91**: lines 9-25
**p. 92**: lines 1-25
**p. 93**: lines 1-25
**p. 94**: lines 1-3 and 5-25
**p. 95**: lines 1-25
**p. 96**: lines 1-25
**p. 97**: lines 1-25
**p. 98**: lines 1-25
**p. 99**: lines 1-12
**p. 100**: lines 4-25
**p. 101**: lines 1-2 and 22-24
**p. 102**: lines 3-22
**p. 103**: lines 14-25
**p. 104**: lines 1-7 and 19-24
**p. 105**: lines 10-25
**p. 106**: lines 1-25
**p. 107**: lines 1-25
**p. 108**: lines 1-25
**p. 109**: lines 1-13 and 15-25
**p. 110**: lines 1-25
**p. 111**: lines 15-25
**p. 112**: lines 1-11
**p. 113**: lines 2-25
**p. 114**: lines 1-9

**p. 117**: lines 15-25
**p. 118**: lines 20
**p. 119**: lines 11-12
**p. 120**: lines 19-25
**p. 121**: lines 1-22
**p. 123**: lines 5-25
**p. 124**: lines 1-17
**p. 125**: lines 15-25
**p. 126**: lines 1-3
**p. 128**: line 25
**p. 129**: lines 1-15 and 20-25
**p. 130**: lines 1-2
**p. 131**: lines 3-25
**p. 132**: lines 1-25
**p. 133**: lines 1-25
**p. 134**: lines 1-6 and 14-25
**p. 135**: lines 1-9
**p. 138**: lines 12-14

      3.      **<u>Deposition of Stephen C. Hilbert</u>**

Plaintiffs designate the following testimony from the October 9, 2013 deposition of Stephen Hilbert that they will offer into evidence at trial:

**p. 16**: lines 2-9
**p. 17**: line 25
**p. 18**: lines 1-6
**p. 19**: lines 18-23
**p. 30**: lines 24-15
**p. 31**: line 1
**p. 32**: lines 9-25
**p. 34**: lines 22-25
**p. 35**: lines 1-5
**p. 36**: lines 10-14
**p. 52**: lines 10-12
**p. 54**: lines 1-5
**p. 58**: lines 10-13
**p. 61**: lines 9-11
**p. 66**: lines 24-25
**p. 67**: lines 1-4
**p. 83**: lines 4-5
**p. 86**: lines 17-25
**p. 87**: lines 1-25
**p. 88**: line 1
**p. 90**: lines 7-10

**p. 113**: lines 17-25
**p. 114**: line 1
**p. 115**: lines 19-25
**p. 116**: lines 1-6 and 8-17
**p. 129**: lines 18-25
**p. 130**: lines 1-4 and 9-13
**p. 138**: lines 13-16
**p. 150**: lines 7-14
**p. 151**: lines 8-14 and 20-25
**p. 152**: lines 1-14
**p. 157**: lines 19-25
**p. 177**: lines 4-19
**p. 181**: lines 9-22
**p. 183**: lines 21-25
**p. 184**: lines 1-2 and 7-15
**p. 202**: lines 22-25
**p. 203**: lines 1-3
**p. 204**: lines 4-9 and 12
**p. 205**: lines 23-25
**p. 206**: lines 1-9
**p. 207**: lines 19-20
**p. 208**: lines 7-11
**p. 214**: lines 14-18

     4.    **<u>Deposition of Cathy Glosser</u>**

Plaintiffs designate the following testimony from the September 10, 2013 deposition of Cathy Glosser that they will offer into evidence at trial:

**p. 20**: lines 14-19
**p. 23**: lines 18-25
**p. 24**: lines 1-6 and 16-18
**p. 29**: lines 5-12
**p. 31**: lines 2-13
**p. 41**: lines 22-25
**p. 42**: lines 1-6
**p. 44**: lines 13-14 and 18-25
**p. 46**: lines 11-17
**p. 50**: lines 10-22 and 25
**p. 51**: lines 1-19
**p. 56**: lines 9-20
**p. 64**: lines 9-17
**p. 85**: lines 13-25
**p. 86**: lines 1-3
**p. 93**: lines 10-25

**p. 94**: line 1
**p. 95**: lines 17-21
**p. 96**: lines 9-14

    5.    **Deposition of Scott Matthews**

Plaintiffs designate the following testimony from the October 16, 2013 deposition of Scott Matthews that they will offer into evidence at trial:

**p. 12**: lines 8-17 and 20-22
**p. 13**: lines 1-8
**p. 15**: lines 3-10
**p. 17**; lines 2-7
**p. 20**: lines 18-25
**p. 21**: lines 1-15
**p. 22**: lines 1-6
**p. 28**: lines 13-25
**p. 29**: lines 1-5 and 20-25
**p. 30**: lines 1-13 and 19-24
**p. 37**: lines 4-18
**p. 41**: lines 3-13
**p. 43**: lines 19-25
**p. 44**: lines 1-3
**p. 46**: lines 11-25
**p. 47**: lines 10-12 and 19-20
**p. 53**: lines 19-20
**p. 54**: lines 2-9 and 15-25
**p. 55**: lines 1-24
**p. 56**: lines 13-25
**p. 58**: lines 20-25
**p. 59**: lines 1-10 and 16-25
**p. 60**: lines 1-25
**p. 61**: lines 1-25
**p. 62**: lines 1-25
**p. 63**: lines 1-14
**p. 64**: lines 12-25
**p. 65**: lines 1-3 and 16-23
**p. 67**: lines 12-19
**p. 69**: lines 14-25
**p. 78**: line 11
**p. 79**: lines 7-25
**p. 80**: lines 1-22
**p. 81**: lines 9-25
**p. 82**: lines 1-7
**p. 83**: lines 8-25

**p. 84**: lines 1-2, 17, and 20-25
**p. 85**: lines 1-23
**p. 88**: lines 8-25
**p. 89**: lines 1-25
**p. 90**: lines 1-23
**p. 91**: lines 5-15 and 22-25
**p. 92**: lines1-17
**p. 95**: lines 14-25
**p. 96**: lines 1-25
**p. 97**: lines 1-10
**p. 101**: lines 17-25
**p. 102**: lines 1-3
**p. 104**: lines 6-7 and 18-25
**p. 105**: line 1
**p. 114**: lines 13-25
**p. 115**: lines 1-18
**p. 116**: lines 11-25
**p. 117**: lines 1-25
**p. 118**: lines 1-3 and 14-17
**p. 119**: lines 13-23
**p. 120**: lines 3-25
**p. 121**: lines 1-3 and 18-25
**p. 122**: lines 1-13
**p. 123**: lines 1-2 and 10-15
**p. 124**: lines 12-18
**p. 132**: lines 7-13
**p. 134**: lines 1-11
**p. 144**: lines 21-25
**p. 145**: lines 1-9
**p. 146**: lines 1-25
**p. 147**: lines 1-25
**p. 148**: lines 1-5
**p. 154**: lines 7-16
**p. 155**: lines 14-18

      6.    **Deposition of Eric Weber**

Plaintiffs designate the following testimony from the August 9, 2013 deposition of Eric Weber that they will offer into evidence at trial:

**p. 36**: lines 13-18
**p. 39**: lines 14-20
**p. 52**: lines 4-6 and 11-15
**p. 58**: lines 14-23
**p. 59**: lines 19-25

**p. 60**: lines 1-16
**p. 62**: lines 8-14
**p. 76**: lines 10-13
**p. 100**: line 25
**p. 101**: lines 1-3
**p. 103**: lines 23-25
**p. 104**: lines 1-2
**p. 113**: lines 17-25
**p. 114**: lines 1-17
**p. 115**: lines 9-11
**p. 116**: lines 7-13
**p. 126**: lines 2-17
**p. 132**: lines 10-25
**p. 133**: line 1
**p. 134**: lines 8-19
**p. 140**: lines 21-25
**p. 141**: line 1
**p. 150**: lines 2-9
**p. 152**: lines 14-24
**p. 153**: lines 1-6
**p. 162**: lines 2-15
**p. 164**: lines 9-13
**p. 187**: lines 2-8
**p. 207**: lines 9-14
**p. 208**: lines 1-4
**p. 209**: lines 2-7
**p. 223**: lines 2-5 and 18-24

                                                       Respectfully submitted,

                                                       /s/Jerry M. Padgett_____
                                                       Jerry M. Padgett (#27282-49)
                                                       One of the Attorneys for Plaintiffs,
                                                       *Merchant Capital, LLC and New Sunshine,*
                                                       *LLC*

Kevin C. Tyra, #11883-49
Jerry M. Padgett, # 27282-49
THE TYRA LAW FIRM, P.C.
355 Indiana Ave.; Suite 150
Indianapolis, IN 46204
Telephone: (317) 636-1304
Facsimile:  (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Norman T. Funk
Libby Y. Goodknight
Bryan S. Strawbridge
KRIEG DEVAULT LLP
nfunk@kdlegal.com
lgoodknight@kdlegal.com
bstrawbridge@kdlegal.com

Martin T. Tully
KATTEN MUCHIN ROSENMAN, LLP
martin.tully@kattenlaw.com

                                                        /s/ Jerry M. Padgett
                                                        Jerry M. Padgett