UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, <br> NEW SUNSHINE, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MELANIA MARKS SKINCARE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

### Order Regarding Reply Brief on Motion for Protective Order

Non-party Stephen C. Hilbert must file any reply brief in support of his motion to bar or limit topics of deposition testimony by noon on Monday, November 4, 2013.

So ORDERED.

Date: 10/31/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system