## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC AND NEW SUNSHINE, LLC | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| Vs. | ) ) ) | CASE NO. 1:13-CV-00873-JMS-DML |
| MELANIA MARKS SKINCARE, LLC | ) ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Scott Matthews (non-party subpoena recipient).


Dated: November 13, 2013          Respectfully submitted,

/s/Michael N. Red
Michael N. Red
Morse & Bickel, P.C.
320 N. Meridian Street
Suite 506
Indianapolis, IN 46204
Phone: (317) 686-1540
Fax: (317) 686-1541
E-mail: Red@morsebickel.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent CM/ECF system.

/s/Michael N. Red
Michael N. Red
Morse & Bickel, P.C.
320 N. Meridian Street
Suite 506
Indianapolis, IN 46204
