UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, <br>     *Plaintiffs*, <br><br> *vs.* <br><br> MELANIA MARKS SKINCARE, LLC, <br>     *Defendant*. | ) <br> ) <br> ) <br> )  1:13-cv-00873-JMS-DML <br> ) <br> ) <br> ) <br> ) |

## MINUTE ENTRY

On November 12, 2013, the Court began a bench trial in this action. Parties were present by corporate representatives and by counsel. The court reporter was Jean Knepley.

The Court received into evidence exhibits 1-8, 10-47, 200-207, 209, and 212-271. Plaintiffs began their case in chief. The following witnesses testified: Rodney Smith, Matthew Cotton, Eric Rosenstrauch, and James Anderson.

Due to the late hour, the Court recessed, to reconvene on November 13, 2013 at 8:45 a.m.

11/13/2013

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to counsel of record.**

1