UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, | ) ) | |
| *Plaintiffs*, | ) | |
| | ) | 1:13-cv-00873-JMS-DML |
| *vs.* | ) | |
| | ) | |
| MELANIA MARKS SKINCARE, LLC, | ) | |
| *Defendant.* | ) | |

## MINUTE ENTRY

On November 13, 2013, the Court resumed its bench trial in this action.  Parties were present by corporate representatives and by counsel.  The court reporter was Jean Knepley.

Plaintiffs continued their case-in-chief.  Over objection, the Court admitted into evidence exhibits 208, and 210-211.  The following witnesses testified:  Eric Weber, Scott Matthews, and Stephen Hilbert.  Plaintiffs rested.

The Court recessed, to reconvene on November 14, 2013 at 8:45 a.m.

11/13/2013

_Jane Magnus-Stinson_

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to counsel of record.**

1