UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MERCHANT CAPITAL, LLC and NEW SUNSHINE, LLC, | ) ) ) | |
| *Plaintiffs*, | ) ) | 1:13-cv-00873-JMS-DML |
| *vs.* | ) ) ) | |
| MELANIA MARKS SKINCARE, LLC, | ) ) | |
| *Defendant.* | ) | |

## MINUTE ENTRY

On November 14, 2013, the Court resumed its bench trial in this action. Parties were present by corporate representatives and by counsel. The court reporter was Jean Knepley.

Defendant began its case in chief. The Court received into the record stipulated deposition designations for the following deponents: Cathy Glosser, Melania Trump, Karen Pasternack, Rodney Smith, and Jonathan Gross. The parties agreed that all other prior deposition designations had been withdrawn. The following witnesses testified: Cathy Glosser and Melania Trump. Defendant rested. The parties presented final argument, and, at the Court's request, citation to legal authority on the counterclaim.

The Court took this matter **UNDER ADVISEMENT**.

11/15/2013

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to counsel of record.**

1