UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC., et. al.,<br>    *Plaintiffs*,<br><br>    v.<br><br>MELANIA MARKS SKINCARE, LLC.,<br>    *Defendant*. | )<br>)<br>)<br>)    1:13-cv-00873-JMS-DML<br>)<br>)<br>)<br>)<br>) |

**ORDER TO REDACT TRANSCRIPT**

In accordance with the April 22, 2009 Memorandum issued by the Judicial Conference of the United States, the guidelines set forth with regard to the handling of transcripts in the context of electronic case filing, and L.R. 80-2 the court orders that portions of the transcript in this cause must be redacted by the court reporter before being made publicly available through PACER. This redaction shall remove from the transcript the name of a minor [dkt. 101, page 54 line 21] for the protection of their privacy interests.

The original transcript [dkt. 101] will be SEALED and a redacted version shall be filed for the public record.

02/20/2014

                                                     Hon. Jane Magnus-Stinson, Judge
                                                     United States District Court
                                                     Southern District of Indiana

---

Copies via ECF only.