IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MERCHANT CAPITAL, LLC, and <br> NEW SUNSHINE, LLC <br> <br> Plaintiffs and <br> Counterclaim Defendants, <br> <br> v. <br> <br> MELANIA MARKS SKINCARE, LLC <br> <br> Defendant and <br> Counterclaim Plaintiff. | CASE NO. 1:13-cv-0873-JMS-DML |

## JOINT STATUS REPORT CONCERNING NEW YORK ARBITRATION

COME NOW the parties, by their respective counsel, and jointly report to the Court as follows:

1. The New York arbitration provided for in the License Agreement which is involved in this case is proceeding.

2. The third and final member of the arbitration panel has recently been selected and agreed upon by the parties so that the arbitration may proceed.

3. The parties have agreed to mediate the arbitration case on September 11, 2014 in New York in an effort to attempt to reach a settlement as to all issues involved in the arbitration. The mediator has been agreed upon by the parties to the arbitration.

4. If the case does not settle in the scheduled mediation, the parties estimate that the arbitration is likely to take at least six months for the parties to complete discovery and present the case to the arbitrators.

s/ Norman T. Funk
Norman T. Funk, Attorney No. 7021-49
Libby Y. Goodknight, Attorney No. 20880-49
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204-2079
Telephone: (317) 636-4341
Facsimile: (317) 636-1507
nfunk@kdlegal.com
lgoodknight@kdlegal.com

*Counsel for Melania Marks Skincare, LLC*


s/ Kevin C. Tyra
Kevin C. Tyra, Attorney No. 11883-49
Jerry M. Padgett, Attorney No. 27282-49
THE TYRA LAW FIRM, P.C.
355 Indiana Avenue
Suite 150
Indianapolis, Indiana 46204
Telephone: (317) 636-1304
Facsimile: (317) 636-1343
kevin.tyra@tyralaw.net
jerry.padgett@tyralaw.net

*Counsel for Merchant Capital, LLC and New Sunshine, LLC*